# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD BRIGGS, GEORGE SKINDER, LOUIS MARKHAM, FRANCIS MCGOWAN, ERIC ROLDAN, ROLANDO S. JIMENEZ, AND JENNIFER WARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; THOMAS A. TURCO, III[1], COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF CORRECTION; CAROL MICI*, DEPUTY COMMISSIONER OF CLASSIFICATION, PROGRAMS, AND REENTRY DIVISION; RAY MARCHILLI*, SUPERINTENDENT OF MCI-SHIRLEY; SEAN MEDEIROS, SUPERINTENDENT OF MCI-NORFOLK; LISA MITCHELL*, SUPERINTENDENT OF THE MASSACHUSETTS TREATMENT CENTER; ALLISON HALLET*, SUPERINTENDENT OF MCI-FRAMINGHAM; AND MASSACHUSETTS PARTNERSHIP FOR CORRECTIONAL HEALTHCARE,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:15-cv-40162-GAO-JGD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION OF DEFENDANTS TO EXTEND DEADLINES

Defendants Massachusetts Department of Correction ("DOC")[2] and Massachusetts Partnership for Correctional Health ("MPCH") respectfully move this Court to extend the deadlines for expert discovery and other corresponding deadlines.  As grounds therefore, Defendants state as follows:

---

[1] These parties, named in their official capacities, have been substituted as successors in office, under Fed. R. Civ. P. 25(d).

[2] The following motion is brought on behalf of the Massachusetts Department of Correction as well as those individuals listed above and named in their official capacities.

1.   This case arises out of a series of statutory and constitutional claims alleging, generally, that Plaintiffs' rights as deaf and/or hard of hearing prisoners of DOC are being violated.

2.   The parties have completed fact discovery, and are in the process of conducting expert discovery.

3.   On Friday, April 20, 2018, Plaintiffs served Defendants with three separate expert reports and accompanying supporting materials and exhibits.

4.   Both DOC and MPCH are currently working to provide comprehensive expert responses to Plaintiffs' experts, and have determined that additional time is necessary to complete and serve their expert reports.

5.   Defendants have requested that Plaintiffs assent to an extension from May 18, 2018 to June 8, 2018 to serve their expert reports, and Plaintiffs have so assented.

6.   The parties have conferred regarding upcoming deadlines, and Defendants request the following revised scheduled be adopted by the Court:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants' Expert Reports | May 18, 2018 | June 8, 2018 |
| Plaintiffs' Rebuttal Reports | June 15, 2018 | July 6, 2018 |
| Close of Expert Discovery | July 13, 2018 | August 3, 2018 |
| Deadline to File Summary Judgment and *Daubert* Motions | August 17, 2018 | September 21, 2018 |
| Deadline to Oppose Summary Judgment and *Daubert* Motions | September 17, 2018 | October 22, 2018 |
| Reply Briefs | October 1, 2018 | November 5, 2018 |

7.   The parties do not believe the above-proposed scheduled prejudices any party.

8.   The parties have a mediation scheduled before Magistrate Judge Kelley on June 22, 2018, and do not believe this proposed schedule will have any deleterious impact on the upcoming mediation.

2

Wherefore, DOC and MPCH, with the assent of Plaintiffs, respectfully request the proposed revised schedule be allowed by the Court.

DATE:  May 14, 2018

       Respectfully submitted,

DEFENDANTS MASSACHUSETTS
DEPARTMENT OF CORRECTION;
THOMAS A. TURCO III; CAROL MICI;
RAY MARCHILLI; SEAN MEDEIROS;
LISA MITCHELL; AND ALLISON
HALLETT,

By Their Attorney,
MAURA HEALEY
ATTORNEY GENERAL OF
MASSACHUSETTS

/s/ Dennis N. D'Angelo
Kirk G. Hanson, BBO #655534
Dennis N. D'Angelo, BBO #666864
Anna Rachel Dray-Siegel, BBO #679443
Assistant Attorneys General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2974
kirk.hanson@state.ma.us
dennis.dangelo@massmail.state.ma.us
anna.rachel.dray-siegel@state.ma.us

[signatures continued on next page]

3

MASSACHUSETTS PARTNERSHIP FOR
CORRECTIONAL
HEALTHCARE, LLC
By its attorneys,

/s/Victor Koufman
Victor J. Koufman, BBO #545296
Melissa J. Garand, BBO #554727
KOUFMAN & FREDERICK, LLP
145 Tremont Street, 4th Floor
Boston, MA 02111
(617) 423-2212
vk@kflitigators.com
mg@kflitigators.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for the parties conferred by electronic mail regarding the relief sought in this Motion on or about May 9, 2018, and on May 14, 2018, and Plaintiffs' counsel assents to the relief requested herein.

/s/ Dennis N. D'Angelo
Dennis N. D'Angelo

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing motion was served via ECF to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on May 14, 2018.

/s/      Dennis N. D'Angelo

4