# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD BRIGGS, GEORGE SKINDER, LOUIS MARKHAM, FRANCIS MCGOWAN, ERIC ROLDAN, ROLANDO S. JIMENEZ, AND JENNIFER WARD, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF CORRECTION, *et al.*, <br><br> Defendants. | C.A. No. 1:15-cv-40162-GAO- |

## DECLARATION OF LISA J. PIROZZOLO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MASSACHUSETTS DEPARTMENT OF CORRECTION DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Lisa J. Pirozzolo, hereby declare as follows:

1.      I am a partner with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiffs Leonard Briggs, George Skinder, Louis Markham, Francis McGowan, Eric Roldan, Rolando Jimenez, Jennifer Ward, and similarly situated individuals who are deaf or hard of hearing in the custody of the Massachusetts Department of Correction ("Plaintiffs") in the above-captioned litigation.  I am licensed to practice law in the Commonwealth of Massachusetts, and am admitted to practice before this Court.

2.      I make this declaration in support of Plaintiffs' Opposition to Massachusetts Department of Correction Defendants' Motion for Summary Judgment.

3.     Attached hereto as **Exhibit A** is a true and correct excerpted copy of Leonard Briggs' Objections and Responses to DOC's First Set of Interrogatories, Rolando Jimenez's Objections and Responses to DOC's First Set of Interrogatories, Louis Markham's Objections and Responses to DOC's First Set of Interrogatories, Francis McGowan's Objections and Responses to DOC's First Set of Interrogatories, Eric Roldan's Objections and Responses to DOC's First Set of Interrogatories, George Skinder's Objections and Responses to DOC's First Set of Interrogatories, Jennifer Ward's Objections and Responses to DOC's First Set of Interrogatories, and Jennifer Ward's Supplemental Objections and Responses to DOC's First Set of Interrogatories.

4.     Attached hereto as **Exhibit B** is a true and correct copy of the August 29, 2014 Request for Reasonable Accommodation of Special Need(s) by Eric Roldan, the September 4, 2014 Request for Reasonable Accommodation of Special Need(s) by Louis Markham, the September 8, 2014 Request for Reasonable Accommodation of Special Need(s) by Francis McGowan, the September 8, 2014 Request for Reasonable Accommodation of Special Need(s) by George Skinder, the September 11, 2014 Request for Reasonable Accommodation of Special Need(s) by Leonard Briggs, the May 19, 2015 Request for Reasonable Accommodation of Special Need(s) by Rolando Jimenez, and the June 9, 2015 Request for Reasonable Accommodation of Special Need(s) by Jennifer Ward.

5.     Attached hereto as **Exhibit C** is a true and correct excerpted copy of Plaintiffs' First Set of Requests for Production of Documents to DOC Defendants.

6.     Attached hereto as **Exhibit D** is a true and correct copy of the Summary of March 17, 2015 Meeting with MCDHH, DOC, and Rolando Jimenez, the Summary of December 19, 2014 Meeting with MCDHH, DOC, and Eric Roldan, the Summary of December 19, 2014

Meeting with MCDHH, DOC, and Francis McGowan, the Summary of December 19, 2014

Meeting with MCDHH, DOC, and Louis Markham, the Summary of December 11, 2014

Meeting with MCDHH, DOC, and George Skinder, the Summary of December 11, 2014

Meeting with MCDHH, DOC, and Leonard Briggs, and the Summary of August 14, 2015

Meeting with MCDHH, DOC, and Jennifer Ward.

      7.      Attached hereto as **Exhibit E** is a true and correct copy of DOC ADA Committee Meeting Minutes dated August 2, 2016.

      8.      Attached hereto as **Exhibit F** is a true and correct copy of DOC 103 DOC 730, Fire Prevention & Safety Policy.

      9.      Attached hereto as **Exhibit G** is a true and correct copy of December 7, 2016 memorandum from Colette Goguen to All Staff re: 103 DOC 401 Booking and Admissions, 103 DOC 730 Fire Prevention and Safety.

      10.      Attached hereto as **Exhibit H** is a true and correct copy of April 27, 2017 email from Karen DiNardo to James O'Gara.

      11.      Attached hereto as **Exhibit I** is a true and correct copy of the "Pre-Study" Estimate for Department-Wide Fire Alarm Upgrades.[1]

      12.      Attached hereto as **Exhibit J** is a true and correct copy of Proposal for Fire Alarm Upgrades at MCI-Shirley Medium Housing Units by JC Lentine Electric Service, Inc.[2]

---

[1] A non-exhibit copy of this document is attached as Exhibit 1-A to the Affidavit of Jeffrey Quick ("Quick Affidavit") (Dkt. 226-2).
[2] A non-exhibit copy of this document is included in Exhibit 1-E to the Quick Affidavit (Dkt. 226-6).

13. Attached hereto as **Exhibit K** is a true and correct copy of Emergency Notification Build-Out, Estimated Cost Example, MCI-Shirley Medium.[3]

14. Attached hereto as **Exhibit L** is a true and correct excerpted copy of The Corrections Master Plan, Final Report by Division of Capital Asset Management.

15. Attached hereto as **Exhibit M** is a true and correct excerpted copy of the transcript of the January 30, 2018 deposition of Leonard Briggs.

16. Attached hereto as **Exhibit N** is a true and correct excerpted copy of the transcript of the March 16, 2018 deposition of Rolando Jimenez.

17. Attached hereto as **Exhibit O** is a true and correct excerpted copy of the transcript of the November 30, 2017 deposition of Louis Markham.

18. Attached hereto as **Exhibit P** is a true and correct excerpted copy of the transcript of the February 12, 2018 deposition of Louis Markham.

19. Attached hereto as **Exhibit Q** is a true and correct excerpted copy of the transcript of the November 28, 2017 deposition of Francis McGowan.

20. Attached hereto as **Exhibit R** is a true and correct excerpted copy of the transcript of the November 2, 2017 deposition of Eric Roldan.

21. Attached hereto as **Exhibit S** is a true and correct excerpted copy of the transcript of the March 5, 2018 deposition of Eric Roldan.

22. Attached hereto as **Exhibit T** is a true and correct excerpted copy of the transcript of the March 19, 2018 deposition of George Skinder.

---

[3] A non-exhibit copy of this document is included in Exhibit 1-D to the Quick Affidavit (Dkt. 226-5).

23. Attached hereto as **Exhibit U** is a true and correct excerpted copy of the transcript of December 18, 2017 deposition of Jennifer Ward.

24. Attached hereto as **Exhibit V** is a true and correct excerpted copy of the transcript of the March 12, 2018 deposition of Jennifer Ward.

25. Attached hereto as **Exhibit W** is a true and correct excerpted copy of the transcript of the February 28, 2018 deposition of James O'Gara.

26. Attached hereto as **Exhibit X** is a true and correct excerpted copy of the transcript of the July 19, 2019 deposition of Jeffrey Quick.

27. Attached hereto as **Exhibit Y** is a true and correct excerpted copy of the transcript of the March 14, 2018 deposition of Stephanie Collins.

28. Attached hereto as **Exhibit Z** is a true and correct copy of the Expert Report of Gina Hilberry dated August 2, 2019.

29. Attached hereto as **Exhibit AA** is a true and correct copy of the Expert Report of Dr. Judy Shepard-Kegl dated August 2, 2019.

30. Attached hereto as **Exhibit BB** is a true and correct excerpted copy of the Expert Report of Eileen Baker dated June 12, 2018.

31. Attached hereto as **Exhibit CC** is a true and correct excerpted copy of DOC Defendants' Answers to Plaintiffs' First Set of Requests for Admission.

32. Attached hereto as **Exhibit DD** is a true and correct copy of the article "The Horror of Being Deaf and in Prison" by McCay Vernon.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of January 2020, in Boston, Massachusetts.

*/s/ Lisa J. Pirozzolo*
Lisa J. Pirozzolo, BBO #561922
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
lisa.pirozzolo@wilmerhale.com

## **CERTIFICATE OF SERVICE**

      I, Lisa J. Pirozzolo, hereby certify that a true and accurate copy of this document was served via ECF to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on January 28, 2020.

                                                        */s/ Lisa J. Pirozzolo*
                                                        Lisa J. Pirozzolo