# Exhibit C



# Guidelines for the Deaf and Hard of Hearing

Wellpath, as the contracted Medical Vendor for the Massachusetts Department of Correction, provides comprehensive audiology care and medical accommodations as clinically indicated to assist inmates who are hearing impaired. In the delivery of audiology services, there are some areas that require further clarification and understanding so that the needs of the hearing impaired inmates are appropriately met, taking into account their level of deficit.  This guideline is intended to be utilized as a supplement to assist both medical providers and DOC personnel in ascertaining the appropriateness of assistive devices and reasonable accommodations within a correctional setting. However, as with all guidelines, a general approach is described here.  If the inmate appears to fall outside the guidelines outlined here, then a more individualized approach with an in-depth evaluation that includes discussion with DOC staff familiar with the inmate should be considered.

## *Evaluation and Diagnosis of Deaf/Hard of Hearing*

Effective in 2021, all MA DOC facilities are equipped to administer site-based audiology testing through the use of the Audicus platform. Audicus testing provides a convenient, time-efficient method for completing hearing testing once a physical exam and whisper test have been completed by the medical provider. It is important to note that in addition to site based testing, inmates can also be referred to the LSH Audiology Clinic, which allows the testing to be completed in a designated audiology suite. For some inmates, the benefit of testing in this environment allows for the control of background noise, so that their hearing is not influenced by other sounds. Whether testing is completed on site or through LSH, a certified audiologist is either administering the test or reviewing the audiogram data, who can then recommend whether additional testing is needed.

## *Levels of Hearing Deficit*

0-25 dB – Normal hearing range. Can hear subtle sounds such as leaves rustling, faucet dripping, clock ticking, whispering, birds chirping.

26-40 dB – Mild hearing loss. Able to hear conversational tones at 3-5 feet with mild background noise present.  Some individuals in the lower range (26-34 dB) may need a portable amplification device to function at the facility but not everyone. Similarly, some individuals in the upper range (35-40 dB) may need a hearing aid, but not everyone. Those needing hearing aids may also benefit from access to a vibrating watch.

41-55 dB – Moderate hearing loss. Able to hear conversations but only if spoken loudly and clearly with little to no background noise is present. Able to hear moderately loud sounds like a baby's cry. Hearing aids are generally required at this level of loss. Those needing hearing aids may also benefit from access to a vibrating watch.

56-70 dB – Moderately severe hearing loss – Able to hear conversation but only if one foot away from source. Can hear loud noises such as barking dog, vacuum cleaners, ringing phones. Hearing aids are required at this loss. Those needing hearing aids may also benefit from access to a vibrating watch.

Revised 1/26/2022

71-90 dB – Severe hearing loss. Can hear only loud sounds like motorcycles, lawnmowers. Hearing aids are required at this loss. In addition to hearing aids, assistive devices such as CapTel phones, pagers, and vibrating watches may be indicated.

90 dB and above – Profound hearing loss/deaf. Some individuals can hear extremely loud sounds such as jackhammers, gunshots, helicopters.  In addition to bilateral hearing aids, assistive devices such as CapTel phones, pagers, vibrating watches as well as other items may be indicated.

## *Treatment Considerations*

As noted above, some individuals may have indications for hearing aids between 35 and 40 dB and should be evaluated for them on a case-by-case basis. Hearing aids are recommended for everyone above 40 dB. Bilateral amplification is recommended at all levels rather than a single hearing aid.  Caution is advised when inmates are prescribed hearing aids since over-amplification can actually damage remaining hearing. CapTel and other phone accommodations are generally reserved for the most hard of hearing (71 dB and above). Please note that some hearing aids supplied by LSH have an "autophone" option that is enabled so that individuals can use a regular phone as long as DOC phones are able to connect to amplification devices (most standard phones are).  Wellpath, as the contracted Medical Vendor, will provide qualified sign language interpreter services for Deaf and HOH inmates, whose primary language is ASL, for medical appointments, evaluations, mental health services, and the bi-weekly mental health rounds for inmates in Restrictive Housing, (but excluding routine medical events like daily insulin shots or trips through the medication line) that occur within DOC Facilities.

Revised 1/26/2022