# Exhibit E

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEONARD BRIGGS, GEORGE SKINDER, LOUIS MARKHAM, FRANCIS MCGOWAN, ERIC ROLDAN, ROLANDO S. JIMENEZ, AND JENNIFER WARD, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF CORRECTION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 1:15-cv-40162-RGS |

**DECLARATION OF MICHAEL J. HORRELL, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO FIND THE MASSACHUSETTS DEPATMENT OF CORRECTION IN SUBSTANTIAL NON-COMPLIANCE WITH THE SETTLEMENT AGREEMENT**

I, Michael J. Horrell, Esq., state the following:

1. I am a Senior Staff Attorney at Prisoners' Legal Services of Massachusetts, which serves as co-counsel for the Plaintiff class. The Settlement Agreement in the above-captioned case requires DOC to provide the Settlement Monitor and Plaintiffs' Counsel with certain data and documents collected by the Department of Correction ("DOC") and its contracted medical provider to track DOC's compliance with the Settlement Agreement. The productions from DOC on July 11, 2023 and November 1, 2023, included, *inter alia*, 657 Disability Accommodation Resources Assessment ("DARA") forms and 169 appeals and appeal decisions from denials of accommodations. DOC also produced, *inter alia*, on March 3, 2023, several monthly spreadsheets from its "Master Active DHOH Database."

DARA Forms

2. I and a Prisoners' Legal Services staff member working under my direction reviewed the 657 DARA forms produced in the July and November productions.

3. 361 of the produced DARA forms concerned people with recognized hearing loss requesting CapTel access.

4. Of those 361 DARA forms, 130 approved CapTel access, 225 denied CapTel access, and six were unclear whether access was approved or denied.

5. Of the 130 people approved for CapTel access, six had moderately severe hearing loss, 68 had severe hearing loss, and 56 had profound hearing loss.

6. Of the 225 people denied CapTel access, 72 had mild hearing loss, 87 had moderate hearing loss, 64 had moderately severe hearing loss, and two had severe hearing loss.

7. 225 of the produced DARA forms concerned people with recognized hearing loss requesting access to a pager.

8. Of those 225 DARA forms, 125 were approved for access to a pager, 94 were denied access to a pager, and six were unclear whether the person was approved or denied.

9. Of the 125 people approved for a pager, one had moderately severe hearing loss, 76 had severe hearing loss, and 48 had profound hearing loss.

10. Of the 94 people denied a pager, 35 had mild hearing loss, 28 had moderate hearing loss, 30 had moderately severe hearing loss, and one had severe hearing loss.

Appeals

11. I reviewed the 169 appeals and appeal decisions from denials of accommodations produced in the July and November productions.

12. 132 of the appeals concerned people with recognized hearing loss requesting CapTel access.

13. Of those 132 appeals, 15 granted CapTel access and 117 denied CapTel access.

14. Of the 15 people approved for CapTel access, one had mild hearing loss, one had moderately severe hearing loss, 9 had severe hearing loss, and 4 had profound hearing loss.

15. Of those 117 people denied CapTel access, 36 had mild hearing loss, 2 had mild / moderate hearing loss, 40 had moderate hearing loss, and 39 had moderately severe hearing loss.

16. 33 of the produced appeals concerned people with recognized hearing loss requesting access to a pager.

17. Of those 33 appeals, 6 granted access to a pager and 27 denied access to a pager.

18. Of the 6 people approved for a pager, two had severe hearing loss and four had profound hearing loss.

19. Of the 27 people denied a pager, nine had mild hearing loss, 12 had moderate hearing loss, and six had moderately severe hearing loss.

Deaf and Hard of Hearing Database

20. According to the DOC's Master Active DHOH Database spreadsheet dated December 2022 and included in the March production, 318 people in DOC custody were approved to use CapTel in December of last year.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                             Executed on November 15, 2023,

                                             */s/ Michael J. Horrell*
                                             Michael J. Horrell, BBO #690685
                                             PRISONERS' LEGAL SERVICES
                                             50 Federal St., 4th Floor
                                             Boston, MA 02110
                                             (617) 482-2773