# Exhibit H

## DECLARATION OF JOHN A. SCOTT

1. My name is John Scott. I am 63 years old and am incarcerated at MCI Concord. I reside in the J-5 unit with about 90 other prisoners.

2. Several years ago, I was diagnosed with hearing loss and was provided with hearing aids. I am currently diagnosed with "moderate" hearing loss. I'm hopeless without my hearing aids. Sounds are muffled and it is very difficult to understand what people are saying. I also have trouble getting batteries for my hearing aids. Sometimes it takes 3-4 days before medical staff provide them.

3. In early 2021, I was approved to use the CapTel phones. I was also approved for a pager because I had difficulty hearing announcements. I was told that the institution didn't have any pagers yet, but that I would be given one when they came in.

4. The CapTel was extremely beneficial to me in communicating with my family. If I couldn't understand something, I would just look at the captions and it would become clear. The conversations were much smoother and less frustrating, allowing us to talk more easily about a variety of topics. This definitely helped with the overall quality of our relationships.

5. Near the end of 2022, I was told by the Deputy Superintendent that I had to be reevaluated to see whether I still needed accommodations for my hearing loss. My understanding was that the Department of Correction was requiring these evaluations for everyone who used CapTel.

6. At the evaluation, I told the Deputy that the CapTel really helped me and that I couldn't communicate effectively using the regular phone, and that the amplification button didn't help. Several weeks later, the Deputy came to my cell block and handed out written decisions on our accommodation requests to a bunch of people who had previously been

1

allowed to use the CapTel. My understanding is many people who had been using the CapTel were now denied.

7. My decision said I was denied because CapTel was "not medically indicated." *See* Disability Accommodations Resource Assessment, dated January 27, 2023, attached hereto. The Deputy told us we could appeal, but that we couldn't submit any documentation to support the appeal.

8. I submitted an appeal asking that my use of the CapTel be reinstated. My appeal was denied on grounds that CapTel was not "clinically indicated" and that an amplified phone and hearing aids would be sufficient. The decision also said that I hadn't filed any grievances or received any hearing related disciplinary reports, and that I had used the regular phone effectively. *See* Denial of Appeal, dated February 17, 2023, attached hereto.

9. On May 8, 2023, I filed a grievance again asking for access to CapTel as an accommodation for my hearing loss. On May 9, 2023, my grievance was denied. The decision stated that I will not qualify for CapTel until my hearing level changes. *See* Informal Complaint and Decision, dated May 9, 2023, attached hereto.

10. Although I do make calls on the regular phone when there is no other option, it is very difficult for me to use those phones even with my hearing aids. The phone blocks the microphone on the hearing aid so I have to turn up the volume, which then causes a constant and annoying whistling sound. The amplification button on the phone also messes up voice quality, making it sound almost like a factory loudspeaker.

11. In addition, the phones on my cell block are very close together, and my hearing aid plus the phone's volume control, amplifies the voices of other prisoners using the phone, making it almost impossible to communicate with my family and loved ones. I often

misunderstand what's being said and have to ask the person I'm talking to repeat themselves. This is frustrating and annoying for everyone. The conversations don't flow the way they used to and we can't cover as much ground.

12. Since I have lost access to the CapTel, I try to time my calls for Sundays or times when when most of the other prisoners are in the yard or at work so it is less noisy on the cell block. But this means it is hard to make calls in the evening when people, like my sister, are more likely to be home. I don't call my children as much as I used to, and I hardly ever talk to my grandson because it's just too difficult to understand each other.

13. I have received other accommodations such as a vibrating watch and a sign on my door to let officers know I have difficulty hearing. The vibrating watch helps a lot and I no longer miss count announcements. I would also like a pager because it is hard to understand announcements and I have missed medical appointments. Now, if I have a medical appointment a correctional officer has to come and find me. But my request for a pager was denied.

Signed under the pains and penalties of perjury this  11  day of Jul, 2023

*[signature: John Scott]*
JOHN A. SCOTT

Attachment F

# Disability Accommodation Resources Assessment

**Date:** 01/04/2023

**Last Name:** Scott

**First Name:** John

**Inmate ID No:** W56136

**Institution:**

| | |
|---|---|
| BPR | NCCI |
| BSH | NECC |
| CJ | NOR |
| (CON) | OCCC |
| FRAM | POND |
| LSH | SBCC |
| MASAC | SHI |
| MTC | |

**Assessment conducted by:** Stacey Butkowski, Deputy Superintendent of Reentry

**Do you need auxiliary aids/services to complete this assessment?**   Yes   (No)

**If Yes:  Auxiliary Aids/Services:**

| | |
|---|---|
| Qualified Sign Language Interpreter | |
| CART Provider | |
| Written Communication | |
| Other: | |

**Do you know and use American Sign Language (ASL) as your primary method of communication?**   Yes   (No)

**Please indicate what, if any, communication, interpretation, translation, or transliteration accommodations you are requesting:**

| | | |
|---|---|---|
| American Sign Language | CART Provider | Certified Deaf Interpreter |
| Fingerspelling | Oral Interpreter | Pidgin Sign Language |
| Signed Exact English | Tactile American Sign Language | |
| Transliterator | Other: | |

**Which describes you?**

| | |
|---|---|
| I am HARD OF HEARING | X |
| I am DEAF | |
| I am BLIND | |
| None | |

**As such:**

| | |
|---|---|
| Right Ear | |
| Left Ear | |
| Both Ears | X |
| Deaf-Blind | |
| Partially Blind | |
| Legally Blind | |

Attachment F

**Level of Hearing Determined by Medical:**

| | |
|---|---|
| Normal 0-25dB | |
| Mild Loss 26-40dB | |
| Moderate Loss 41-55dB | X |
| Moderate-Severe Loss 56-70dB | |
| Severe Loss 71-90dB | |
| Profound Loss/Deaf 90dB < | |
| Indeterminate – A determination of hearing impairment cannot be made due to inmate declining clinically indicated assessment | |

**Medically Indicated Auxiliary Aids/Services:**

| | |
|---|---|
| None | X |
| Hearing Aids | |
| Personal Sound Amplification Device (Pocket Talker) | |
| Other Assistive Listening Devices: | |

**Do you have the ability to read and write?** (Yes) | No

**If Yes: Language(s) you can read/write:**

| | |
|---|---|
| English | X |
| Spanish | |
| Other: | |

**Which device(s) do you presently use?**

| None | | | | | |
|---|---|---|---|---|---|
| Hearing Aid(s) | | Right Ear | Left Ear | Both Ears | X |
| Cochlear Implant(s) | | Right Ear | Left Ear | Both Ears | |
| Personal Sound Amplification Device (Pocket Talker) | | | | | |
| Other: | | | | | |

**Are you currently recommended for/issued hearing aid(s)?** (Yes) | No

**If No: Can you effectively communicate without a hearing aid?** Yes | No

**If Yes: Can you effectively communicate while wearing a hearing aid?** (Yes) | No

**Please indicate what, if any, telecommunication device accommodations you are requesting:**

| (CapTel Captioned Telephone) | (Telephone with Amplified Volume Control) | Video Phone |
|---|---|---|
| TTY/TDD Teletypewriter | Video Relay Services (VRS) | Braille TTY |

**Can you understand announcements made verbally by staff and/or via a public address (PA) system?** (Yes) | No

**Can you effectively communicate on traditional inmate telephones with amplified volume controls?** Yes | (No)

**Can you effectively communicate on traditional inmate telephones with hearing aid(s) and/or an amplification device such as a pocket talker?** (Yes) | No | N/A

Page | 2
November 2022

6   DOC_Briggs_AppendixA_09_001343

Attachment F

Please indicate what, if any, aid(s) and/or service accommodations you are requesting:

| Block Letter Communicator | Closed Captioned Video | Hearing Aid(s) (approved by Medical only) |
|---|---|---|
| **I.D. Card or Badge** (circled) | **I.D. Sign for Room** (circled) | Picture Flashcard(s) |
| Pocket Talker Device (approved by Medical only) | **Pager/Receiver** (circled) | **Vibrating Watch** (circled) |
| Talking Watch | | |

Please indicate what, if any, secondary aid(s) and/or communication accommodations you are requesting:

| Braille Materials | Face-to-Face Lip Reading | Gestures |
|---|---|---|
| Large Print Materials | Nothing in or Obstructing the Mouth of a Person Speaking to You | |
| No Noise Environment | Sign Language | Slow Rate of Speech |
| Sound Amplification | Writing Materials | Written Communications |

**Results of Assessment:**

Requests Partially Granted/Denied

**Reasonable Accommodations Granted:**

Amplified Telephone, Vibrating Watch, ID Sign for Room, ID Card or Badge

**Reasonable Accommodations Denied:**

CapTel Captioned Telephone

**Refer to Medical?**   Yes   **No** (circled)   **Date:**

**Explanation of Denial/Partial Denial:**

CapTel Captioned Telephone is not medically indicated at this time.

**Name of Institution ADA Representative Completing Form:**

Stacey Butkowski, Deputy Superintendent of Reentry

**Date Inmate Notified of Assessment Results:**   01/27/2023

[X]   **Inmate has been provided an Appeal Form (Attachment B). The Appeal Form for this process shall be submitted to the Institution ADA Coordinator who will then forward to the Department's ADA Coordinator for Inmates for review and response.**

## MEDICAL
### DEAF AND/OR HARD OF HEARING RELATED SPECIAL ACCOMMODATION NOTICE

NAME: John Scott                                    INMATE ID#: W56136

INSTITUTION: MCI-Concord                            DATE: 8/9/2021

DATE OF AUDIOGRAM: 8/9/2021

### LEVEL OF HEARING DEFICIT DETERMINED BY AUDIOGRAM:

| Right Ear | Left Ear | |
|---|---|---|
| ☒ | ☐ | Normal Hearing 0-25dB |
| ☒ | ☒ | Mild Hearing Loss 26-40 dB |
| ☒ | ☒ | Moderate Hearing Loss 41-55 dB |
| ☐ | ☐ | Moderately Severe Hearing Loss 56-70 dB |
| ☐ | ☐ | Severe Hearing Loss 71-90 dB |
| ☐ | ☐ | Profound Hearing Loss/Deaf 90 dB and above |

### HEARING IMPAIRMENT

☒ **YES**- Inmate has been identified as having a hearing impairment.

☐ **NO**-Inmate has been identified as not having a hearing impairment.

All inmates identified as having a decibel average of **25 decibels or greater (per relevant frequencies on the official audiogram)** will be identified with a Special Accommodation Notice. All Special Accommodation Notices will be forwarded to the Institution's ADA Coordinator for Inmates for review.

### OVERALL DETERMINATION OF LEVEL OF HEARING DEFICIT BY MEDICAL:

- Normal Hearing 0-25dB
- Mild Hearing Loss 26-40 dB
- ☒ Moderate Hearing Loss 41-55 dB
- ☐ Moderately Severe Hearing Loss 56-70 dB
- ☐ Severe Hearing Loss 71-90 dB
- ☐ Profound Hearing Loss/Deaf 90 dB and above

## MEDICALLY INDICATED AUXILIARY AIDS AND SERVICES:

☒ Hearing Aids                                              Date Provided: 8/16/21

☐ Personal Sound Amplification Devices                      Date Provided: _____

☐ Other Assistive Listening Devices: _____                  Date Provided: _____

☐ Additional Referrals: _____                               Date of Referral: _____

**NAME OF MEDICAL PROVIDER:** Diana K. Garcia, MSN, FNP-BC    **TITLE:** _____

**INSTITUTION:** MCI-C                                       **DATE:** 6/30/22

**SIGNATURE:** _____




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, MA 01757*
*Tel: (508) 422-3300*
*www.mass.gov/doc*

**MAURA T. HEALEY**
*Governor*

**KIMBERLEY DRISCOLL**
*Lieutenant Governor*

**TERRENCE M. REIDY**
*Secretary*

**CAROL A. MICI**
*Commissioner*

**SHAWN P. JENKINS**
*Chief of Staff*

**KELLEY J. CORREIRA**
**ROBERT P. HIGGINS**
**MITZI S. PETERSON**
**THOMAS J. PRESTON**
*Deputy Commissioners*

February 17, 2023

Mr. John Scott #W56136
MCI Concord

**RE: Appeal from Denial of Request for Reasonable Accommodation**

Dear Mr. Scott:

I am in receipt of your Appeal from Denial of a Request for Reasonable Accommodation. I have thoroughly reviewed your request for reasonable accommodation for access to a CapTel captioned telephone due to your reported hearing impairment. I have reviewed your individual Disability Accommodation Resources Assessment regarding auxiliary aids and services conducted by Deputy Superintendent of Reentry Stacey Butkowski on January 4, 2023. Additionally, I have consulted with Ms. Therese Smith, R.N., CCHP, Health Service Director, Wellpath, at MCI Concord to determine if you have been assessed for your reported impairment and to determine if there is a clinical need for you to be provided with access to a CapTel captioned telephone due to your reported hearing impairment. Ms. Smith in consultation with the Medical Provider has confirmed you have been assessed and currently have been diagnosed with moderate hearing loss. Ms. Smith has also confirmed you have received hearing aids as clinically indicated to assist you with your hearing needs. Ms. Smith has confirmed in consultation with the Medical Provider that there is currently no clinical indication that your current hearing necessitates the use of a CapTel captioned telephone to effectively utilize a telephone. Ms. Smith in consultation with the Medical Provider has confirmed your approved reasonable accommodation to access a traditional amplified/hearing aid compatible telephone would allow you to effectively communicate in utilizing the telephone. If you seek additional medical evaluations regarding your hearing, please submit a sick call slip to the Health Services Unit at MCI Concord where your request will be reviewed and responded to accordingly. Please continue to work with the Medical Health staff at your institution to address any clinical needs you may have.

Based upon the totality of information and documentation I was able to review regarding your appeal your request for a reasonable accommodation for access to a CapTel captioned telephone is denied at this time. My review concluded that there was a lack of supporting information and documentation to include your individual Disability Accommodation Resources Assessment conducted by Deputy Superintendent Butkowski and the clinical information provided to me by Ms. Smith in consultation with the Medical Provider that did not support your request to be provided a CapTel captioned telephone at this time. It is not clinically indicated at this time. Additionally, a review of your institutional grievance records indicates that there have been no grievances filed by you indicating your hearing needs are not being met. A review of your institutional disciplinary records indicates that there have been no disciplinary proceedings where your hearing may have been at issue. I have also reviewed your telecommunication use over the last year and have determined that you have appropriately and effectively utilized the traditional amplified/hearing aid compatible telephones made available to you for your telecommunication needs.

If you have any further questions regarding your denied reasonable accommodation request, please send me a written correspondence in order that I can address your concerns. All correspondence can be sent to my attention at 50 Maple Street, Milford, MA 01757.

Sincerely,

James M. O'Gara Jr.
Department ADA Coordinator for Inmates
Health Services Division

Cc: Ms. Joann Lynds, Superintendent, MCI Concord
Ms. Stacey Butkowski, Deputy Superintendent (Institution ADA Coordinator), MCI Concord
Ms. Therese Smith, RN, CCHP, Health Service Administrator, MCI Concord
File

DEPARTMENT OF CORRECTION

FEB - 1 2023
# HSADA23-62
HEALTH SERVICES DIVISION

Attachment B
(Page 1 of 2)

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

### APPEAL FROM DENIAL OF REQUEST FOR REASONABLE ACCOMMODATION

| Name of Inmate: John Scott | Inmate's #: W56136 |
|---|---|

**Institution:** MCI CONCORD

**Rationale for appeal:** There has been no improvement to my hearing yet after 1½ years of CapTel use I am now being denied that accommodation. when I try to use the unit phones I experience a constant and annoying whistling sound through my hearing aid. Additionally, my hearing aid and the phone's volume control tends to amplify the unit noises and the voices of other inmates who are also using the phone - making it almost impossible to hear and/or communicate with my family and loved ones on the unit phones.
   I would also like to add that I only use the CapTel system maybe once a week and have never abused the privilege. Use of the Captel is very instrumental to my maintaining contact with my family and loved ones.

**What accommodation(s) are you requesting for your disability?**
   Reinstate my use of the CapTel system. The isolation of the phone allowed me to hear the people on the other end of the line and the captions allow me to read what I don't hear. The CapTel system has been extremely beneficial in helping me deal with my hearing loss.

I expressly agree to cooperate in the handling of my request, including but not limited to, agreeing to be interviewed by medical/mental health staff, as well as agreeing to an examination by medical/mental health staff in an effort to resolve the request. Additionally, I understand that my Request for Reasonable Accommodation (Attachment A) will be reviewed by the Department ADA Coordinator for Inmates during the appeal process.

John Scott W56136
**Inmate Printed Name**

*John Scott* 1/29/2023
**Inmate Signature and Date**

**Please send completed form to:**
Department Inmate ADA Coordinator
Health Services Division
50 Maple Street
Milford, MA 01757

**To be completed by** Department ADA Coordinator for Inmates:

<u>RE:**John Scott #W56136 MCI Concord**</u>

Request for reasonable accommodation appeal received on:**2-1-23**
Date

Medical staff has been consulted regarding appeal (circle one):
☒ **YES**    NO

Date: **2-1-23**

Name of Medical/Mental Health Staff Consulted: **<u>Therese Smith, RN, CCHP, Health Service Administrator, Wellpath, at MCI Concord</u>**

Date: **2-10-23**

A medical order exists concerning inmate's accommodation:
      YES (please attach)    ☒ **NO**

Request for reasonable accommodation is:
      Granted (   ); Modified (   );      Denied ( ☒ **XXX** )

Basis for decision:

**<u>Please see attached letter.</u>**

Signatures: **<u>James M. O'Gara Jr.</u>** / *[signature]*    Date: **2-17-23**
Department ADA Coordinator for ~~Inmates~~