Exhibit I

**DECLARATION OF JON BOURASSA**

1. My name is Jon Bourassa. I am 51 years old, and I am currently incarcerated at the Massachusetts Treatment Center ("MTC") and live in Unit A-1.

2. I was diagnosed at a young age with hearing issues due to a hole in my left ear drum. My hearing loss is much worse in my left ear than in my right. I have moderate hearing loss of 41-55 decibels overall. *See* Disability Accommodations Resource Assessment, dated January 25, 2023, attached hereto.

3. Years ago, I had multiple surgeries to try to restore my hearing, but I was told by a provider at Lemuel Shattuck Hospital that at my age, surgery is no longer recommended.

4. In 2018, I was given a hearing aid for my left ear. In early 2021, I was granted access to the CapTel phones. I also received an ear sign for the door to my unit, an ear sticker for my ID, and a vibrating watch.

5. My hearing in both ears is getting progressively worse. In June 2023, I went to Shattuck Hospital for another hearing test and I was given hearing aids for both ears.

6. At MTC, I am encouraged to form a support group with loved ones in the community to support my rehabilitation and eventual reentry. The CapTels greatly helped me to communicate with my family and members of my support group. When I had access to the CapTels, I talked regularly with the mother of my children, my 29-year-old and 22-year-old daughters, and my friend James Casey. The CapTel phones enabled me to hear and understand my loved ones despite my hearing issues. I would turn the volume on the device to nearly its highest setting and follow the captions. I relied heavily on both to follow conversations.

7. I talked with my eldest daughter about how life and work were going, and I talked with my youngest daughter, who will graduate from college soon, about her life at school.

8. I also used the CapTels to talk with Mr. Casey nearly every day. The two of us became close friends when he was incarcerated at MTC years ago. Being able to talk with Mr. Casey regularly with the CapTel phones was incredibly beneficial for my mental health and treatment.

9. On January 25, 2023, MTC Director of Treatment Jenn Chase came to see me to reassess my need for accommodations for my hearing disability.

10. During the assessment, Director of Treatment Chase asked me a series of questions, including how I was hearing at that moment. I told her that I could hear her well because she was very close to me and I was wearing my hearing aids. In response to some of her other questions, I told her that I could not communicate effectively while wearing my hearing aid, that I could not communicate effectively using the regular telephone, and that the amplification button didn't help. At the end of the assessment, Director of Treatment Chase told me that I no longer qualified for CapTel access because my level of hearing loss did not fit the DOC's requirements.

11. On February 6, 2023, I received a copy of this assessment form with a determination that the medical determination of my hearing loss does not qualify me to use the CapTel phones. The form stated that my hearing loss was "moderate" based on the evaluation. *See* Disability Accommodations Resource Assessment, dated February 6, 2023, attached hereto.

12. On February 8, 2023, I appealed the decision to the DOC ADA Coordinator. I noted in my appeal that I have hearing loss in both ears, that my hearing issues are getting worse, and that the CapTel allows me to understand my family when we talk. *See* Appeal of Denial of Reasonable Accommodation, dated February 8, 2023, attached hereto.

13. On April 4, 2023, I received a response to my appeal from DOC ADA Coordinator James O'Gara again denying me access to the CapTels. He said that I have only moderate hearing loss, and that there is therefore no clinical indication that my hearing necessitates the use of the CapTels to effectively communicate on the telephone. He also stated that I had used the regular phone effectively and appropriately and therefore didn't need CapTel. However, I am still struggling greatly with my hearing, and my ability to communicate with my loved ones on the regular telephone has deteriorated significantly now that I use the regular phone. *See* Denial of Appeal, dated April 4, 2023, attached hereto.

14. Communication with my daughters has deteriorated to the point that we no longer talk anymore. Previously, when I tried to talk with them on the telephone, I had to ask them to speak slowly or to repeat themselves, which frustrated them so much that they no longer call me. Not being able to talk to them has strained our relationship, and I now only get updates about how they are doing from their mother. I also have much less contact with their mother due to difficulties hearing her on the regular phone.

15. I also speak with Mr. Casey far less frequently now. I only talk with him around three times a week for around six minutes at a time. It is difficult to no longer have the same level of communication with Mr. Casey and other members of my support team. On the regular telephone, I struggle to speak with him about major issues in my life, including how I am doing mentally, and about how my treatment is going. I have been forced to talk with him and other members of my support team only briefly on the regular telephone and to write them letters. It was far easier for me to verbalize how I am doing and express myself fully to my support team on the CapTel phones than via the regular telephone or letter.

16. In addition, I can only make regular telephone calls at certain times of day because the locations where the regular telephones are located, including the day room, get crowded quickly. Because there are people talking loudly all at once in the same crowded room, my ability to hear on the regular telephone calls gets even worse. I usually wait until it's late at night or early in the morning when there are few people in the dayroom to make regular telephone calls. Otherwise, there are too many people in the dayroom, and I have even more trouble hearing. I sometimes use yard time as an opportunity to make regular telephone calls, because many of the other people at MTC are out in the yard at that time. However, that means I am forced to miss outdoor recreation time in order to make regular telephone calls.

Signed under pains and penalties of perjury.

Dated: October 6, 2023

_____

Jon Bourassa

5

# Disability Accommodation Resources Assessment

**Date of Assessment ***

01/25/2023

**Institution ***

MTC

**Inmate Name ***

Jon Bourassa

**Inmate ID No. ***

M135618

**Assessment Conducted by: ***

Jenn Chase DOC/T

**Which Describes You? ***

I am HARD OF HEARING ✕

**I'm HARD OF HEARING in: ***

Left Ear

**Do you need auxiliary aids/services to complete this assessment? ***

No

**Do you have the ability to read and write? ***

Yes

**Language(s) you can read/write: ***

English ✕

**Level of Hearing Determined by Audiogram** *

| Moderate Loss 41-55dB ▼ |

**Medically Indicated Auxiliary Aids/Services** *

| Hearing Aids ✕ ▼ |

**Are you currently recommended for/issued hearing aid(s)?** *

| Yes ▼ |

**Which device(s) do you presently use?** *

| Hearing Aid(s) ✕ ▼ |

**In:** *

| Left Ear ▼ |

**Can you effectively communicate while wearing a hearing aid?** *

| No ▼ |

**Can you effectively communicate on traditional inmate telephones with hearing aid(s) and/or an amplification device such as a pocket talker?** *

| No ▼ |

**Please indicate what, if any, telecommunication device accommodations you are requesting:** *

| CapTel Captioned Telephone ✕ ▼ |

**Can you understand announcements made verbally by staff and/or via a public address (PA) system?** *

| Yes ▼ |

**Please indicate what, if any, Aid(s) and/or Service Accommodations you are requesting:** *

| ID Card or Badge ✕   ID Sign for Room ✕   Vibrating Watch ✕ ▼ |

**Please indicate what, if any, Secondary Aid(s) and/or Communication Accommodations you are requesting:** *

7

DOC_Briggs_AppendixA_09_001525

None at this time  ✕

**Do you know and use American Sign Language (ASL) as your primary method of communication?** *

No

**Please indicate what, if any, Communication, Interpretation, Translation or Transliteration Accommodations you are requesting:** *

None at this time  ✕

**Results of Disability Accommodation Resources Assessment:** *

Request(s) Partially Granted/Denied  ✕

**Reasonable Accommodations Granted** *

Vibrating Watch  ✕   Other  ✕

**Other Reasonable Accomodations Granted** *

ID Card or Badge  ✕   ID Sign for Room  ✕

**Reasonable Accommodations Denied** *

CapTel Captioned Telephone  ✕

**Refer to Medical** *

02/07/2023

**Explanation of Denial:** *

The medical determination of their hearing loss does not qualify for the accommodations denied.

**Signature of Institution ADA Coordinator** *

Jenn Chase

**Date** *

02/07/2023

☑ Inmate has been provided an Appeal Form (Attachment B). The Appeal Form for this process shall be submitted to the Institution ADA Coordinator who will then

Attachment F

# Disability Accommodation Resources Assessment

Date: _____

Last Name: Bourassa

First Name: Jon

Inmate ID No: M135618

Assessment conducted by: Jenn Chase DOT/C

Institution:

| | |
|---|---|
| BPR | NCCI |
| BSH | NECC |
| CJ | NOR |
| CON | OCCC |
| FRAM | POND |
| LSH | SBCC |
| MASAC | SHI |
| (MTC) | |

Do you need auxiliary aids/services to complete this assessment?   Yes   **(No)**

If Yes: Auxiliary Aids/Services:

| | |
|---|---|
| Qualified Sign Language Interpreter | |
| CART Provider | |
| Written Communication | |
| Other: | |

Do you know and use American Sign Language (ASL) as your primary method of communication?   Yes   **(No)**

Please indicate what, if any, communication, interpretation, translation, or transliteration accommodations you are requesting:

| American Sign Language | CART Provider | Certified Deaf Interpreter |
|---|---|---|
| Fingerspelling | Oral Interpreter | Pidgin Sign Language |
| Signed Exact English | Tactile American Sign Language | |
| Transliterator | Other: | |

Which describes you?

| | |
|---|---|
| I am HARD OF HEARING | X |
| I am DEAF | |
| I am BLIND | |
| None | |

As such:

| | |
|---|---|
| Right Ear | |
| Left Ear | X |
| Both Ears | |
| Deaf-Blind | |
| Partially Blind | |
| Legally Blind | |

Page | 1
November 2022

Attachment F

**Level of Hearing Determined by Medical:**

| | |
|---|---|
| Normal 0-25dB | |
| Mild Loss 26-40dB | |
| Moderate Loss 41-55dB | X |
| Moderate-Severe Loss 56-70dB | |
| Severe Loss 71-90dB | |
| Profound Loss/Deaf 90dB < | |
| Indeterminate – A determination of hearing impairment cannot be made due to inmate declining clinically indicated assessment | |

**Medically Indicated Auxiliary Aids/Services:**

| | |
|---|---|
| None | |
| Hearing Aids | X (1 only) 7/25/18 |
| Personal Sound Amplification Device (Pocket Talker) | |
| Other Assistive Listening Devices: | |

Do you have the ability to read and write?   [Yes (circled)] [No]

    If Yes: Language(s) you can read/write:

| | |
|---|---|
| English | X |
| Spanish | |
| Other: | |

Which device(s) do you presently use?

| | | | | | | |
|---|---|---|---|---|---|---|
| None | | | | | | |
| Hearing Aid(s) | X | Right Ear | | Left Ear | X | Both Ears |
| Cochlear Implant(s) | | Right Ear | | Left Ear | | Both Ears |
| Personal Sound Amplification Device (Pocket Talker) | | | | | | |
| Other: | | | | | | |

Are you currently recommended for/issued hearing aid(s)?   [Yes (circled)] [No]

    If No: Can you effectively communicate without a hearing aid?   [Yes] [No]

    If Yes: Can you effectively communicate while wearing a hearing aid?   [Yes] [No (circled)]   not working

Please indicate what, if any, telecommunication device accommodations you are requesting:

| | | |
|---|---|---|
| CapTel Captioned Telephone ✓ | Telephone with Amplified Volume Control ✓ | Video Phone |
| TTY/TDD Teletypewriter | Video Relay Services (VRS) | Braille TTY |

Can you understand announcements made verbally by staff and/or via a public address (PA) system?   [Yes (circled)] [No]

Can you effectively communicate on traditional inmate telephones with amplified volume controls?   [Yes] [No (circled)]

Can you effectively communicate on traditional inmate telephones with hearing aid(s) and/or an amplification device such as a pocket talker?   [Yes] [No (circled)] [N/A]

Attachment F

Please indicate what, if any, aid(s) and/or service accommodations you are requesting:

| Block Letter Communicator | Closed Captioned Video | Hearing Aid(s) (approved by Medical only) X |
|---|---|---|
| I.D. Card or Badge  X | I.D. Sign for Room  X | Picture Flashcard(s) |
| Pocket Talker Device (approved by Medical only) | Pager/Receiver | Vibrating Watch  X |
| Talking Watch | | |

Please indicate what, if any, secondary aid(s) and/or communication accommodations you are requesting:

| Braille Materials | Face-to-Face Lip Reading | Gestures |
|---|---|---|
| Large Print Materials | Nothing in or Obstructing the Mouth of a Person Speaking to You | |
| No Noise Environment | Sign Language | Slow Rate of Speech |
| Sound Amplification | Writing Materials | Written Communications |

**Results of Assessment:**
Partially granted/denied

**Reasonable Accommodations Granted:**
Watch, ID badge, Sign for Room

**Reasonable Accommodations Denied:**
CapTel

**Refer to Medical?** Yes / No    **Date:** 2/7/23

**Explanation of Denial/Partial Denial:**
Medical determination does not qualify for denied accommodation

**Name of Institution ADA Representative Completing Form:**
Jenn Chase

**Date Inmate Notified of Assessment Results:** 2/8/23

X  Inmate has been provided an Appeal Form (Attachment B). The Appeal Form for this process shall be submitted to the Institution ADA Coordinator who will then forward to the Department's ADA Coordinator for Inmates for review and response.




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, MA 01757*
*Tel: (508) 422-3300*
*www.mass.gov/doc*

**MAURA T. HEALEY**
*Governor*

**KIMBERLEY DRISCOLL**
*Lieutenant Governor*

**TERRENCE M. REIDY**
*Secretary*

**CAROL A. MICI**
*Commissioner*

**SHAWN P. JENKINS**
*Chief of Staff*

**KELLEY J. CORREIRA**
**ROBERT P. HIGGINS**
**MITZI S. PETERSON**
**THOMAS J. PRESTON**
*Deputy Commissioners*

April 4, 2023

Mr. Jon Bourassa #M135618
Massachusetts Treatment Center

**RE: Appeal from Denial of Request for Reasonable Accommodation**

Dear Mr. Bourassa:

I am in receipt of your Appeal from Denial of a Request for Reasonable Accommodation. I have thoroughly reviewed your request for a reasonable accommodation to access a CapTel captioned telephone due to your reported hearing impairment. I have reviewed your individual Disability Accommodation Resources Assessment regarding auxiliary aids and services conducted by Director of Classification/Treatment Jenn Chase on January 25, 2023. Additionally, I have consulted with Ms. Chantell Baptista, R.N., ASN, Health Service Director, Wellpath, at Massachusetts Treatment Center to determine if you have been assessed for your reported impairment and to determine if there is a clinical need for you to be provided with access to a CapTel captioned telephone due to your reported hearing impairment. Ms. Baptista in consultation with the Medical Provider has confirmed you have been assessed and currently have been diagnosed with moderate hearing loss. Ms. Baptista has also confirmed you have been clinically indicated for and provided hearing aids to assist you with your hearing needs. Ms. Baptista has confirmed in consultation with the Medical Provider that there is currently no clinical indication that your current hearing necessitates the use of a CapTel captioned telephone to effectively utilize a telephone. Ms. Baptista in consultation with the Medical Provider has confirmed your approved reasonable accommodation to access a traditional amplified/hearing aid compatible telephone would allow you to effectively communicate in utilizing the telephone. If you seek additional medical evaluations regarding your hearing, please submit a sick call slip to the Health Services Unit at Massachusetts Treatment Center where your request will be reviewed and responded to accordingly. Please continue to work with the Medical Health staff at your institution to address any clinical needs you may have.

Based upon the totality of information and documentation I was able to review regarding your appeal your request for a reasonable accommodation for access to a CapTel captioned telephone is denied at this time. My review concluded that there was a lack of supporting information and

documentation to include your individual Disability Accommodation Resources Assessment conducted by Director Chase and the clinical information provided to me by Ms. Baptista in consultation with the Medical Provider that did not support your request to be provided a CapTel captioned telephone at this time. It is not clinically indicated at this time. Additionally, a review of your institutional grievance records indicates that there have been no grievances filed by you indicating your hearing needs are not being met. A review of your institutional disciplinary records indicates that there have been no disciplinary proceedings where your hearing may have been at issue. A review of institutional incident reports indicates that there have been no documented issues where your hearing may have been at issue. I have also reviewed your telecommunication use over the last year and have determined that you have appropriately and effectively utilized the traditional amplified/hearing aid compatible telephones made available to you for your telecommunication needs.

If you have any further questions regarding your denied reasonable accommodation request, please send me a written correspondence in order that I can address your concerns. All correspondence can be sent to my attention at 50 Maple Street, Milford, MA 01757.

Sincerely,

*[signature]*

James M. O'Gara Jr.
Department ADA Coordinator for Inmates
Health Services Division

Cc: Mr. Victor Correia, Superintendent, Massachusetts Treatment Center
Ms. Jaileen Hopkins, Deputy Superintendent of Reentry, (Institution ADA Coordinator), Massachusetts Treatment Center
Ms. Chantell Baptista, R.N., ASN, Health Service Administrator, Wellpath, Massachusetts Treatment Center
File

DEPARTMENT OF CORRECTION

FEB 1 4 2022

#HSADA23-97

HEALTH SERVICES DIVISION

Attachment B
(Page 1 of 2)

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

### APPEAL FROM DENIAL OF REQUEST FOR REASONABLE ACCOMMODATION

| | |
|---|---|
| **Name of Inmate:** Jon Bourassa | **Inmate's #:** M135618 |
| **Institution:** Mass. Treatment Center | |

**Rationale for appeal:**
I have hearing loss in both ears and it's in my records I have a call into the lawyers from the Briggs case that I was part of because they you my tickets I got for not standing for Count and you say I am not able to you the phone when I have one hearing aid and loss of 25% in the other ear and am and have been trying to go to the outside again to have my hearing checked again because its getting wores but for over 3 months I have been trying nothing being done I was trying be for Deputy J. Hopkins took time off

**What accommodation(s) are you requesting for your disability?**
I would like to use the Captel Phone so I can Hear my family when I call because I can turn the phone up higher.

I expressly agree to cooperate in the handling of my request, including but not limited to, agreeing to be interviewed by medical/mental health staff, as well as agreeing to an examination by medical/mental health staff in an effort to resolve the request. Additionally, I understand that my Request for Reasonable Accommodation (Attachment A) will be reviewed by the Department ADA Coordinator for Inmates during the appeal process.

Jon Bourassa
**Inmate Printed Name**

[signature] 2-8-23
**Inmate Signature and Date**

**Please send completed form to:**
Department Inmate ADA Coordinator
Health Services Division
50 Maple Street
Milford, MA 01757

**To be completed by** Department ADA Coordinator for Inmates:

**RE: Jon Bourassa   #M135618 MTC**

Request for reasonable accommodation appeal received on: **2-14-23**
                                                             Date

Medical staff has been consulted regarding appeal (circle one):
                              **YES**        NO

Date: **3-2-23**

Name of Medical/Mental Health Staff Consulted: **Chantell Baptista, RN, ASN, Health Services Administrator, Wellpath, Massachusetts Treatment Center**

Date: **3-15-23**


A medical order exists concerning inmate's accommodation:
        YES (please attach)    **NO**

Request for reasonable accommodation is:
        Granted (   );  Modified (   );       Denied ( **XXX** )

Basis for decision:

**Please see attached letter.**

Signatures: **James M. O'Gara Jr.** /[signature]/    Date: **April 4, 2023**
Department ADA Coordinator for Inmates

ATTACHMENT "A"
(Page 1 of 2)

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION

REQUEST FOR REASONABLE ACCOMMODATION

| Name of Inmate: Jon Bourassa | Inmate's #: M135618 |
|---|---|
| Institution: MTC | |

Describe your disability: I am heard of Hearing. I have one hearing aid in my Left ear and I have hearing lost in my Right ear and as you know I have been trying to go get another hearing test at the Shatic Hosp. because I have been trying seans befor you when out on leave and still have not gotten any were.

How does this disability limit your daily activities? I have a hard time hearing on the phones and in my groups and I would like to hear on the phone the cap tel I can turn up much louder then the reg. phones.

What accommodation(s) are you requesting for your disability? I am asking for the cap tel and to go get another hearing test to see how bad my Right and Left ears are now.

I expressly agree to cooperate in the handling of my request, including but not limited to, agreeing to be interviewed by medical/mental health staff, as well as agreeing to an examination by medical/mental health staff in an effort to resolve the request.

Jon Bourassa                                  Bourassa    2-8-23
Inmate Printed Name                           Inmate Signature and Date

Received by:

Jaileen A. Hopkins                            [signature] 2/10/23
Employee Printed Name                         Employee Signature and Date


**Please send completed form to: Institution ADA Coordinator**


** DENIED REQUESTS FOR REASONABLE ACCOMMODATIONS MAY BE APPEALED TO THE DEPARTMENT INMATE ADA COORDINATOR WITHIN 10 BUSINESS DAYS FROM THE DATE OF THE INSTITUTION ADA COORDINATOR'S DECISION.

(Page 2 of 2)

**To be completed by the Institution ADA Coordinator:**

Request for reasonable accommodation received on: __2/10/23__
                                                                           Date

Medical/mental health staff has been consulted regarding request (circle one):     **(YES)**     NO

Name of Medical/Mental Health Staff Consulted: __Chantell Baptista__
Date __2/10/23__

A medical order exists concerning inmate's accommodation:
        YES (please attach)   **(NO)**

Date of Inmate Dialogue: __2/10/23__

Summary of Dialogue with inmate:

> Mr. Bourassa was reassessed and based on the results does not qualify for CapTel. Mr. Bourassa was advised during the reassessment that he could appeal the decision. Advised again that he could appeal the decision.

Request for reasonable accommodation is:
    Granted (  );     Modified (  );     Denied **(X)**

Basis for decision: __Based on hearing assessment does not meet criteria__

Signatures: _____  Date __2/10/23__
           Deputy Superintendent
           Institution ADA Coordinator

** DENIED REQUESTS FOR REASONABLE ACCOMMODATIONS MAY BE APPEALED TO THE DEPARTMENT INMATE ADA COORDINATOR WITHIN 10 BUSINESS DAYS FROM THE DATE OF THE INSTITUTION ADA COORDINATOR'S DECISION.