# Exhibit J

## DECLARATION OF RICHARD HASKINS

1. My name is Richard Haskins. I am 69 years old, and I am currently incarcerated at the Massachusetts Treatment Center ("MTC") in Unit A-2.

2. I have been diagnosed with loud tinnitus and mild to moderately severe, high-frequency sensorineural hearing loss, which makes it difficult for me to hear if noise is present in the background and when there is faint, distant speech. Even though it is more difficult for me to hear out my right ear than my left ear, I have been diagnosed as hard-of-hearing in both ears, and I rely on hearing aids for communication.

3. I have struggled significantly with my hearing throughout my life. I worked in construction and logging for many years starting from age 17 and spent a lot of time around loud and heavy machinery without ear protection, which likely contributed to my hearing loss. Because of my undiagnosed hearing loss, I often couldn't hear the people around me when they spoke to me and had to ask them to repeat themselves. I have relied increasingly on lip-reading over the years.

4. I was incarcerated in 1989. In 2014, after I complained about my hearing loss to DOC, I underwent hearing tests at Lemuel Shattuck Hospital. I was given a hearing test on a computer in a soundproof room while wearing headphones and was given bilateral hearing aids soon after.

5. In 2019, DOC granted me access to the CapTel phones as an accommodation for my hearing disability. *See* Request for Reasonable Accommodation, dated February 27, 2019, attached hereto. I was also approved for and received a sign for the door to my room that identifies me as hard of hearing, a symbol on my ID that identifies me as hard of hearing, and a vibrating watch. I was approved for a pager for notifications, but MTC

did not have any pagers at the time. Later on, when the facility received pagers, I did not receive one.

6. As part of my required programming at MTC, I am encouraged to maintain active relationships with loved ones in the community as part of a support network that will support me towards my rehabilitation and eventual reentry into the community. The CapTel phones were very helpful for me in communicating with my support network outside of prison. I used the CapTel device to call four to five people about two to three times a week for around 40 minutes each call. I would call and regularly speak with my sister in Virginia and my brother in New Mexico. I plan to live at a veterans' home in Boston when I leave prison, and I will need to regularly communicate with members of my support group to prepare for my reentry.

7. I greatly preferred using the CapTels over the regular phones. Because of my hearing loss, I would read the captions on the CapTel, and would sometimes ask the speaker to pause while I read the captions to ensure that I was following the conversation

8. I also relied on the higher volume settings on the CapTel phones. Even when the regular phones are on their highest volume, I have trouble hearing the speaker. I must prompt the speaker to speak more loudly, and strain to hear them talk. The CapTel device helped me so much in managing my disability that I plan to get one when I am back in the community.

9. Although I now currently have hearing aids and they help me communicate more effectively, I did not have access to them for many years and therefore could not rely on them for in-person announcements. In 2017, the hearing aids that I received in 2014 broke, and I was sent to Lemuel Shattuck Hospital to be fitted for new hearing aids. On May 5, 2017, I was seen by a provider for an audiological assessment and a hearing aid

2

check, and she recommended new open fit hearing aids for me as well as regular annual audiological evaluations to monitor my hearing status. I received new hearing aids. See *See* LSH Audiology Progress Note, dated April 28, 2017, attached hereto. However, despite the provider's recommendations, DOC delayed providing me with new hearing aids until this past July (see below).

10. My lack of hearing aids negatively impacted my ability to hear and engage in daily activities. I struggled to hear announcements and orders from prison staff, and I sometimes missed medications because I couldn't hear the call for the medication line. I also ran into problems with other incarcerated people because I was often unable to understand what they were saying.

11. In the past few years, my ability to hear out of my right ear has gotten progressively worse, so much so that when I lay down on my left side, I can barely hear anything. Also, due to my worsening hearing problems, I frequently have to ask other incarcerated individuals, correctional officers, and other prison staff members to repeat themselves, which is frustrating, but necessary to be able to understand what people are saying around me.

12. On January 31, 2023, Director of Treatment Jenn Chase, who is the ADA Coordinator at MTC, met with me and briefly assessed my hearing and need for accommodations. ADA Coordinator Chase informed me that DOC was requiring these evaluations for everyone who used the CapTel phones.

13. At the evaluation, ADA Coordinator Chase reviewed a Disability Accommodations Resource Assessment with me. She asked whether I had a hard time hearing on the regular telephones, and I informed her that I could not hear well using the regular phone and that the amplification button didn't help. I also told her I couldn't understand

3

announcements made verbally by prison staff and/or via the facility public address system.

14. ADA Coordinator Chase told me that I would be taken off the list of people eligible for the CapTel phones because I have "mild" hearing loss. She also told me that I did not qualify for the pager for the same reason. I asked if she was relying on medical documentation, and explained that I was informed by a provider at Lemuel Shattuck Hospital that I have mild to moderately severe hearing loss. ADA Coordinator Chase stated that she was referring to medical records but did not provide any more information.

15. On February 8, 2023, I received written confirmation that I was being denied access to the CapTel phones because "the medical determination of [my] hearing loss" did not qualify me for the CapTel device. *See* Disability Accommodations Resource Assessment, dated February 8, 2023, attached hereto. The decision gave no other explanation for the decision to deny my CapTel and did not address my inability to effectively communicate using the regular phone. It also did not address my need for a pager for in-person notifications. My understanding from talking to others incarcerated at MTC is that many people who had been using CapTel have been denied access. I was confused by the decision, as my hearing has only gotten worse since I was originally diagnosed with my disability in 2014.

16. I filed sick slips about my hearing loss, and I also filed an appeal of the decision to deny me access to the CapTel phones with the DOC Central Office shortly after being alerted of the results of the evaluation. As of the date of this declaration, I have yet to receive a response to the appeal.

17. On July 24, 2023, I was seen by an audiologist at Lemuel Shattuck Hospital, who found that I have mild to severe sensorineural hearing loss and that my hearing has worsened

since 2017. *See* LSH Audiology Progress Note, dated July 24, 2023, attached hereto. I was given new hearing aids that include a telecoil so that they can be paired with the phone, but they do not connect automatically to the regular phones at MTC and no one has instructed me on how to pair them with the phones. My provider recommended use of "CapTel phone if [I] continue to have difficulty on the [regular] phone."

18. Without access to the CapTel phones, I am forced to use the regular phone to speak with my siblings and friends. However, I can barely hear them on the regular phone, and now only make about two calls a month. When I do use the regular phone to call members of my support group, I have to ask the people I'm talking with to keep repeating themselves, resulting in a lot of frustration, a lack of understanding, and far shorter conversations.

19. It has been really hard to not be able to talk to my loved ones as much. I have medical issues, including an upcoming head operation due to severe tremors, that I do not like to talk about with other people at MTC. I am depressed and worried about the surgery and really want to talk to my sister and friends about it, but I cannot. Sometimes, I am so frustrated that I cannot hear on the regular phone that I just hang up.

Signed under pains and penalties of perjury.

Dated: October 6, 2023

                                                  */s/ Richard Martin*
                                                  _____

ATTACHMENT "A"
(Page 1 of 2)



COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION

REQUEST FOR REASONABLE ACCOMMODATION

| Name of Inmate: Richard S. Haskins | Inmate's #: M105747 |
|---|---|
| Institution: Massachusetts Treatment Center | |
| Describe your disability: I have bilateral hearing loss and wear hearing aids in both ears, however, I still have some trouble hearing some conversations when there is a lot of noise on the unit. This includes phone conversations. | |
| How does this disability limit your daily activities? eventhough I have hearing aids for both ears I still have trouble hearing some conversations on the unit because of the noise, this includes when I am on the phone. | |
| What accommodation(s) are you requesting for your disability? I am requesting the use of the Captioned Telephone (CapTel) so I would not only be able to hear the person on the other end of the phone, but I would also be able to read out what the person is saying to me. | |

I expressly agree to cooperate in the handling of my request, including but not limited to, agreeing to be interviewed by medical/mental health staff, as well as agreeing to an examination by medical/mental health staff in an effort to resolve the request.

_Richard S. Haskins_                     _Richard S. Haskins_ 2/22/2019
Inmate Printed Name                      Inmate Signature and Date

Received by:

_Michael_                                 _Michael_ 2/25/19
Employee Printed Name                    Employee Signature and Date

**Please send completed form to: Institution ADA Coordinator**

** DENIED REQUESTS FOR REASONABLE ACCOMMODATIONS MAY BE APPEALED TO THE DEPARTMENT
INMATE ADA COORDINATOR WITHIN 10 BUSINESS DAYS FROM THE DATE OF THE INSTITUTION ADA
COORDINATOR'S DECISION.

[RECEIVED stamp: FEB 25 2019]

7

September 2017

(Page 2 of 2)

**To be completed by the Institution ADA Coordinator:**

Request for reasonable accommodation received on: __2-27-19__
Date

Medical/mental health staff has been consulted regarding request (circle one):   (YES)   NO   _Has test done for_ _[illegible] - Heavy ADLs_

Name of Medical/Mental Health Staff
Consulted: __Al Smith__
Date __2/27/19__

A medical order exists concerning inmate's accommodation: (YES) (please attach)   NO

Date of Inmate Dialogue: __2-27-19__

Summary of Dialogue with inmate:

```
Is requesting to use Crutches b/c
cannot use phones.
```

Request for reasonable accommodation is:
    Granted ( ✓ );    Modified (   );    Denied (   )

Basis for decision:

_Supported by Medical Record_

Signatures: _[signature]_                          Date __2-27-19__
Deputy Superintendent
Institution ADA Coordinator

** DENIED REQUESTS FOR REASONABLE ACCOMMODATIONS MAY BE APPEALED TO THE DEPARTMENT INMATE ADA COORDINATOR WITHIN 10 BUSINESS DAYS FROM THE DATE OF THE INSTITUTION ADA COORDINATOR'S DECISION.

8

Draft

**LEMUEL SHATTUCK HOSPITAL**
170 Morton Street
Jamaica Plain, MA  02130
(617) 522-8110

LSH AUDIOLOGY PROGRESS NOTE

Patient Name: HASKINS,RICHARD
Medical Record Number: LS00084661
Ordering Doctor:
Associated Orders:
Date/Time Report Entered: 05/05/17 0720

Account Number: LS0005208186

Adm/Reg Date: 04/28/17
Patient Location:  AUD.L

### Background Information
Mr. Haskins was seen for an updated audiological assessment and hearing aid check. He was last seen in 2014 and hearing aids were recommended and he did receive Tympany Pro BTE's. The right hearing aid is broken and cannot be repaired and the left hearing aid needs to be replaced. He continues to have loud tinnitus.

### Test Results
Normal hearing 250Hz followed by a mild to moderately severe SNHL at 500Hz to 8000Hz bilaterally. Speech reception thresholds were in the mild range of impairment and word recognition was excellent bilaterally. Tympanometric test results indicated normal middle ear pressure and compliance for both ears.

### Impressions
Mr. Haskins has a mild to moderately severe high frequency SNHL hearing loss which causes difficulty hearing if noise is present in the background and with faint or distant speech. Continuous and loud tinnitus can interfere with everyday activities as well as sleeping and be very distracting for the patient.

### Recommendations
1. New open fit hearing aids are recommended.
2. Annual audiological evaluations to monitor hearing status.

Signed by: Vicki A Wilson, AuD; 327
Date/Time:  05/05/17 0709

Co-Signed by:  WILSON, VICKI A MS,CCC A
Co-Signed Date/Time: 05/05/17 0709

Page: 1
LA: P.BTC;P.BTC2
Date Report Last Updated: 05/05/17

9

# Disability Accommodation Resources Assessment

**Date of Assessment ***

01/31/2023

**Institution ***

MTC

**Inmate Name ***

Richard Haskins

**Inmate ID No. ***

M105747

**Assessment Conducted by: ***

Jenn Chase DOC/T

**Which Describes You? ***

I am HARD OF HEARING ✗

**I'm HARD OF HEARING in: ***

Both Ears

**Do you need auxiliary aids/services to complete this assessment? ***

No

**Do you have the ability to read and write? ***

Yes

**Language(s) you can read/write: ***

English ✗

10

**Level of Hearing Determined by Audiogram ***

| Mild Loss 26-40dB ▼ |

**Medically Indicated Auxiliary Aids/Services ***

| Hearing Aids ✕                                            ✕ ▼ |

**Are you currently recommended for/issued hearing aid(s)? ***

| Yes ▼ |

**Which device(s) do you presently use? ***

| Hearing Aid(s) ✕                                          ✕ ▼ |

**In: ***

| Both Ears ▼ |

**Can you effectively communicate while wearing a hearing aid? ***

| Yes ▼ |

**Can you effectively communicate on traditional inmate telephones with hearing aid(s) and/or an amplification device such as a pocket talker? ***

| No ▼ |

**Please indicate what, if any, telecommunication device accommodations you are requesting: ***

| CapTel Captioned Telephone ✕                              ✕ ▼ |

**Can you understand announcements made verbally by staff and/or via a public address (PA) system? ***

| No ▼ |

**Please indicate what, if any, Aid(s) and/or Service Accommodations you are requesting: ***

| ID Card or Badge ✕   ID Sign for Room ✕   Picture Flashcard ✕   Receiver/Pager ✕   Vibrating Watch ✕   ✕ ▼ |

11

**Please indicate what, if any, Secondary Aid(s) and/or Communication Accommodations you are requesting: ***

None at this time ✗

**Do you know and use American Sign Language (ASL) as your primary method of communication? ***

No

**Please indicate what, if any, Communication, Interpretation, Translation or Transliteration Accommodations you are requesting: ***

None at this time ✗

**Results of Disability Accommodation Resources Assessment: ***

Request(s) Partially Granted/Denied ✗

**Reasonable Accommodations Granted ***

Picture Flashcard ✗   Vibrating Watch ✗   Other ✗

**Other Reasonable Accomodations Granted ***

ID Card or Badge ✗   ID Sign for Room ✗

**Reasonable Accommodations Denied ***

CapTel Captioned Telephone ✗

**Refer to Medical ***

02/08/2023

**Explanation of Denial: ***

The medical determination of their hearing loss does not qualify for the accommodations denied.

**Signature of Institution ADA Coordinator ***

Jenn Chase

**Date ***

02/08/2023

12



Attachment F

# Disability Accommodation Resources Assessment

Date: _____

Last Name: Haskins

First Name: Richard

Inmate ID No: M105747

Institution:

| BPR | NCCI |
|---|---|
| BSH | NECC |
| CJ | NOR |
| CON | OCCC |
| FRAM | POND |
| LSH | SBCC |
| MASAC | SHI |
| (MTC) | |

Assessment conducted by: Jenn Chase DOT/C

Do you need auxiliary aids/services to complete this assessment?   Yes   **No** (circled)

If Yes: Auxiliary Aids/Services:

| Qualified Sign Language Interpreter | |
|---|---|
| CART Provider | |
| Written Communication | |
| Other: | |

Do you know and use American Sign Language (ASL) as your primary method of communication?   Yes   **No** (circled)

Please indicate what, if any, communication, interpretation, translation, or transliteration accommodations you are requesting:

| American Sign Language | CART Provider | Certified Deaf Interpreter |
|---|---|---|
| Fingerspelling | Oral Interpreter | Pidgin Sign Language |
| Signed Exact English | Tactile American Sign Language | |
| Transliterator | Other: | |

Which describes you?

| I am HARD OF HEARING | X |
|---|---|
| I am DEAF | |
| I am BLIND | |
| None | |

As such:

| Right Ear | |
|---|---|
| Left Ear | |
| Both Ears | X |
| Deaf-Blind | |
| Partially Blind | |
| Legally Blind | |

Attachment F

**Level of Hearing Determined by Medical:**

| | |
|---|---|
| Normal 0-25dB | |
| Mild Loss 26-40dB | X |
| Moderate Loss 41-55dB | |
| Moderate-Severe Loss 56-70dB | |
| Severe Loss 71-90dB | |
| Profound Loss/Deaf 90dB < | |
| Indeterminate – A determination of hearing impairment cannot be made due to inmate declining clinically indicated assessment | |

**Medically Indicated Auxiliary Aids/Services:**

| | |
|---|---|
| None | |
| Hearing Aids | X  5/1/14 |
| Personal Sound Amplification Device (Pocket Talker) | |
| Other Assistive Listening Devices: | |

**Do you have the ability to read and write?**   (Yes)  | No

If Yes: Language(s) you can read/write:

| | |
|---|---|
| English | X |
| Spanish | |
| Other: | |

**Which device(s) do you presently use?**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |
| Hearing Aid(s) | X | Right Ear | | Left Ear | | Both Ears | X |
| Cochlear Implant(s) | | Right Ear | | Left Ear | | Both Ears | |
| Personal Sound Amplification Device (Pocket Talker) | | | | | | | |
| Other: | | | | | | | |

**Are you currently recommended for/issued hearing aid(s)?**   (Yes) | No

If No: Can you effectively communicate without a hearing aid?   Yes | No

If Yes: Can you effectively communicate while wearing a hearing aid?   (Yes) | No

**Please indicate what, if any, telecommunication device accommodations you are requesting:**

| | | |
|---|---|---|
| CapTel Captioned Telephone  X | Telephone with Amplified Volume Control | Video Phone |
| TTY/TDD Teletypewriter | Video Relay Services (VRS) | Braille TTY |

**Can you understand announcements made verbally by staff and/or via a public address (PA) system?**   Yes | No   Not always

**Can you effectively communicate on traditional inmate telephones with amplified volume controls?**   (Yes) | No   Hard to Hear

**Can you effectively communicate on traditional inmate telephones with hearing aid(s) and/or an amplification device such as a pocket talker?**   Yes | (No) | N/A

Page | 2
November 2022

14

Attachment F

*[handwritten at top: "Transportation purposes"]*

Please indicate what, if any, aid(s) and/or service accommodations you are requesting:

| Block Letter Communicator | Closed Captioned Video | Hearing Aid(s) (approved by Medical only) |
|---|---|---|
| I.D. Card or Badge  X *[not on writ ID]* | I.D. Sign for Room  X | Picture Flashcard(s)  X *yes* |
| Pocket Talker Device (approved by Medical only) | Pager/Receiver  X | Vibrating Watch  X |
| Talking Watch | | |

Please indicate what, if any, secondary aid(s) and/or communication accommodations you are requesting:

| Braille Materials | Face-to-Face Lip Reading | Gestures |
|---|---|---|
| Large Print Materials | Nothing in or Obstructing the Mouth of a Person Speaking to You | |
| No Noise Environment | Sign Language | Slow Rate of Speech |
| Sound Amplification | Writing Materials | Written Communications |

**Results of Assessment:** Partially granted/denied

**Reasonable Accommodations Granted:** Flashcard, ID badge, Sign for Room, Watch

**Reasonable Accommodations Denied:** CapTel, Pager

**Refer to Medical?** ☒ Yes ☐ No    **Date:** 2/8/23

**Explanation of Denial/Partial Denial:** Does not qualify for denied accommodations per medical decision

**Name of Institution ADA Representative Completing Form:** Jenn Chase

**Date Inmate Notified of Assessment Results:** 2/8/23

☒ Inmate has been provided an Appeal Form (Attachment B). The Appeal Form for this process shall be submitted to the Institution ADA Coordinator who will then forward to the Department's ADA Coordinator for Inmates for review and response.

Page | 3
November 2022



LEMUEL SHATTUCK HOSPITAL
170 Morton Street
Jamaica Plain, MA 02130
(617) 522-8110

LSH AUDIOLOGY PROGRESS NOTE

Patient Name: HASKINS, RICHARD
Medical Record Number: LS00084661
Ordering Doctor: KRAUSE, GREGORY E MD
Associated Orders: Comp audiom thresh eval/sp rec; Fit Orientation Check of H.Aid; Tympanometry (Impedance test)
Date/Time Report Entered: 07/25/23 0927
Date of Service 07/24/23

Account Number: LS0006486542

Adm/Reg Date: 07/24/23

Patient Location: AUD.L

**Brief History:**

Mr. Richard Haskins was seen on 7/24/2023 for an audiologic evaluation. Previous testing performed at this facility has revealed mild to moderate sensorineural hearing loss, bilaterally. He was fit with Oticon Ria 2 RITE hearing aids on 7/31/18. He reports that his hearing has decreased, and he is having difficulty hearing with his current hearing aids that are approximately 5 years old. Reportedly he has a lot of difficulty hearing on the phone.

**Test Results:**

Otoscopy revealed clear ear canals, bilaterally. Pure tone audiometry demonstrated mild to severe sensorineural hearing loss, bilaterally. The Speech Reception Thresholds were in good agreement with the Pure Tone Averages indicating good intertest reliability. Speech discrimination scores were excellent, 88 % at 85 dBHL for the right ear and 80 % at 85 dBHL for the left ear. Tympanometry was consistent with normal middle ear compliance and pressure for both ears.

**Impressions:**

Mr. Richard Haskins presented with mild to severe sensorineural hearing loss, bilaterally. Hearing thresholds have declined since the 2017 audiogram for both ears. Tympanometry was consistent with normal middle ear function bilaterally.

**Recommendations:**

1. He was fit with Oticon ruby 2 mRITEs serial numbers 35023868 (right) and 35024397 (left). The repair and one-time loss warranty expires 8/23/26. A telecoil program was added to help on the phone and he was instructed on how to change volume and program.

Page: 1
LA: P.BTC; P.BTC2 |
Date Report Last Updated: 07/25/23

LEMUEL SHATTUCK HOSPITAL
LSH AUDIOLOGY PROGRESS NOTE

HASKINS, RICHARD                                MEDICAL RECORD NUMBER: LS00084661

2.        Captel phone if he continues to have difficulty on the phone
3.        Annual audiogram or sooner if concerns arise

Signed by: <<Signature on File>>
Performed by: Tiffany J St Germain, AuD, 973
Date/Time: 07/25/23 0926

Page: 2
LA: P.BTC; P.BTC2|
Date Report Last Updated: 07/25/23

17

# REPORT OF HEARING EXAMINATION

LEMUEL SHATTUCK HOSPITAL
170 Morton Street
Jamaica Plain, MA 02130

Tiffany St. Germain AuD, CCC-A

Patient: LS00006486542  LS00084661  HASKINS, RICHARD
LGH#: (508)279-8100  AUD.L  M 04/19/1954  DOC

D.O.B.:

Floor/Room:

Referred by:

Date of Test: 7/24/2023



TEST CONDITIONS
RELIABILITY ✓
GOOD ____ FAIR ____ POOR ____
AUDIOMETER GSI 61
Otoscopic Clear AU

### AUDIOGRAM KEY

| | Right (red) | Left (blue) |
|---|---|---|
| A/C unmasked | O | X |
| A/C masked | △ | ▱ |
| B/C unmasked | < | > |
| B/C masked | L | ⌐ |
| NR = No Response | ● | ● |
| Soundfield | S | S |
| Aided | A | A |

TYMPANOGRAM  WNL AU

### STAPEDIUS REFLEX

| FREQ. | 500 | 1K | 2K | 4K |
|---|---|---|---|---|
| S→RE | | | | |
| S→LE | | | | |
| S→RE | | 95 | | |
| S→LE | | 95 | | |

18

# wellpath
To hope and healing.

**Consult Sheet**

| | | | |
|---|---|---|---|
| Appointment Date: | 7/24/2023 | Appointment Time: | 9:00 AM |
| Patient Name: | RICHARD HASKINS | Authorization #: | 28647900 |
| Patient #: | 405944 | Site: | Massachusetts Department of Corrections |
| Social Security #: | [REDACTED] | Patient Type: | State |
| Date of Birth: | | Alerts: | |
| Gender: | M | Booking #: | |
| Interpreter Needed: | ☐ | Interpreter Type: | |

## Consulting Physician's Report

**Significant Findings, Including Tests Done:**

See report

**Diagnosis:**

SNHL AU

**Orders / Recommendations:**

See report

**Physician Signature:** Tiffany SP Juaceus   **Date:** 7/25/23

Please include copy of Treatment Sheet upon release.
Place completed form along with all other documentation in a sealed envelope and send back with the Officer.

---

**PATIENTS PLAN ESCAPES!**   DO NOT inform Patients of the date/time of revisits or impending hospitalizations.

CCS-H501 ERMA

Revised 04/21/2020

19