# Exhibit K

**DECLARATION OF NICOLE CHUMINSKI**

1. My name is Nicole Chuminski. I am 41 years old and am incarcerated at MCI-Framingham in the Barton Unit.

2. I have been hard of hearing since I was very young. When I was 13 years old, I had surgery on my ear to remove tympanostomy tubes that had been placed to avoid fluid buildup in my ear.

3. I was incarcerated in 2010. At each of my annual check-ups, I informed medical providers at MCI-Framingham about my hearing disability.

4. In around 2015, I began noticing that I was relying more on lip-reading during conversations. During the pandemic, I had an especially hard time communicating with those around me because many people were wearing masks, which meant that I could not read their lips.

5. In around 2020, I was given an audiogram in the Health Services Unit at MCI-Framingham. My provider informed me that I was over-relying on my left ear due to hearing loss in my right ear. Following this test, I was given a hearing aid for my left ear. I do not know why I did not receive one for my right ear.

6. In around 2022, Deputy Superintendent Lynne Lizotte, the ADA Coordinator for MCI-Framingham, approved me for use of a vibrating watch, a sticker for my ID identifying me as hard-of-hearing, and access to the CapTel phones.

7. When I had access to the CapTel phones, I would call my mother or my best friend at least once a day for the full 40 minutes I was allotted for a call. I relied on a combination of the higher volume and captions on the CapTel phones to ensure that I was following the conversation. These features made it much less frustrating for me to talk on the

1

phone. The longer phone calls also gave me more time to catch up on the conversation in case I had trouble hearing what was said.

8. In September of 2022, I was sent to Lemuel Shattuck Hospital for testing by an audiologist. Following this visit, I was given two hearing aids molded specifically for my ears.

9. On February 21, 2023, ADA Coordinator Lizotte conducted an assessment of my disability accommodations needs. She went through each of the accommodations in the form, asking: "you don't need this, you don't need that, right?" She asked if I could use the regular phone. I informed her that I could not, and that I could only hear a speaker on the regular phone when my unit was completely quiet.

10. Although I was given a copy of the assessment to review, I did not fully understand it because my reading comprehension is limited. At the end of the assessment, ADA Coordinator Lizotte informed me that I was no longer authorized to use the CapTel phone because I was not "deaf enough." The assessment states that I have "mild" hearing loss and the written explanation for the denial states that "[t]he level of [my] hearing loss does not indicate a need for CapTel nor personal sound amplifier." *See* Disability Accommodations Resource Assessment, dated March 1, 2023, attached hereto.

11. On March 3, 2023, I filed an appeal of this decision, explaining that I could not hear on the regular phones due to the noise from all of the activity in my unit. I asked for access to a CapTel phone and a quiet or no-noise environment. *See* Appeal of Denial of Request for Reasonable Accommodation, dated March 3, 2023, attached hereto.

12. On April 10, 2023, my appeal was denied by DOC ADA Coordinator James O'Gara, who stated that there was "no clinical indication" that my level of hearing loss indicates a need to use captioned phones. ADA Coordinator O'Gara did not address my inability to hear

over background noise and my reliance on captions to follow conversations. *See*, Denial of Appeal, dated April 10, 2023, attached hereto.

13. Recently, I was sent to Lemuel Shattuck Hospital again for testing by an audiologist, who referred me to an ENT for possible surgery to attempt to correct my hearing loss. I received new hearing aids and was told that I would receive a Bluetooth adaptor that would allow me to use my hearing aids with the phones, but have not yet received this.

14. Now that I cannot use the CapTel phones, I either wait until my unit of approximately 30 people is empty to use the phone or use an outdoor phone in the evenings to avoid the noise from my unit. In addition, the volume button on the phone in the hallway is broken, so I cannot hear on this phone even though it is in the quietest indoor area. This phone often does not work and cannot be used at all. I must ask the speaker to repeat themselves, and sometimes hear a loud echo through the phone, which was not a problem on the CapTel phones.

15. When I used the CapTel phone, I used to reflect with my best friend and my mother on how our days went. Talking to them gave me an opportunity to process my feelings. My brother-in-law, who was also part of my support system, recently passed away. These days, I feel like my support network is shrinking, especially because I now cannot communicate as easily with my friends and family. I am also hoping to further myself through involvement in policy and advocacy organizations, but my inability to access CapTel makes it hard for me to communicate with volunteers from these groups.

Signed under pains and penalties of perjury.

Dated: October 4, 2023

_____
Nicole Chuminski

# Disability Accommodation Resources Assessment

**Date of Assessment ***

02/21/2023

**Institution ***

FRAM

**Inmate Name ***

Nicole Chuminski

**Inmate ID No. ***

F80943

**Assessment Conducted by: ***

Lynn Lizotte

**Which Describes You? ***

I am HARD OF HEARING ✕

**I'm HARD OF HEARING in: ***

Both Ears

**Do you need auxiliary aids/services to complete this assessment? ***

No

**Do you have the ability to read and write? ***

Yes

**Language(s) you can read/write: ***

English ✕

**Level of Hearing Determined by Audiogram ***

| Mild Loss 26-40dB | ▼ |
|---|---|

**Medically Indicated Auxiliary Aids/Services ***

| Hearing Aids ✕    Personal Sound Amplification Device (Pocket Talker) ✕    Other Assistive Listening Devices ✕ | ✕ ▼ |
|---|---|

**Describe other Assistive Listening Devices: ***

| vibrating watch, ID sign for room, ID card |
|---|

**Are you currently recommended for/issued hearing aid(s)? ***

| Yes | ▼ |
|---|---|

**Verified with Medical that hearing aid(s) are recommended/will be issued? ***

| Yes | ▼ |
|---|---|

**Which device(s) do you presently use? ***

| Hearing Aid(s) ✕    Other Assistive Listening Devices ✕ | ✕ ▼ |
|---|---|

**In: ***

| Both Ears | ▼ |
|---|---|

**Other Device: ***

| vibrating watch |
|---|

**Can you effectively communicate without a hearing aid? ***

| No | ▼ |
|---|---|

**Can you effectively communicate while wearing a hearing aid? ***

| Yes | ▼ |
|---|---|

**Can you effectively communicate on traditional inmate telephones with amplified volume controls? ***

| Yes | ▼ |
|---|---|

**Can you effectively communicate on traditional inmate telephones with hearing aid(s) and/or an amplification device such as a pocket talker? ***

**No**

**Please indicate what, if any, telecommunication device accommodations you are requesting: ***

CapTel Captioned Telephone  ✕    Telephone with Amplified Volume Control  ✕

**Can you understand announcements made verbally by staff and/or via a public address (PA) system? ***

**No**

**Please indicate what, if any, Aid(s) and/or Service Accommodations you are requesting: ***

Closed Captioned Video  ✕    Hearing Aid(s)  ✕    ID Card or Badge  ✕    ID Sign for Room  ✕
Picture Flashcard  ✕    Vibrating Watch  ✕

**Please indicate what, if any, Secondary Aid(s) and/or Communication Accommodations you are requesting: ***

Sound Amplification  ✕

**Do you know and use American Sign Language (ASL) as your primary method of communication? ***

**No**

**Please indicate what, if any, Communication, Interpretation, Translation or Transliteration Accommodations you are requesting: ***

None at this time  ✕

**Results of Disability Accommodation Resources Assessment: ***

Request(s) Partially Granted/Denied  ✕

**Reasonable Accommodations Granted ***

Vibrating Watch  ✕    Other  ✕

**Other Reasonable Accomodations Granted ***

ID Card or Badge  ✕    ID Sign for Room  ✕    Hearing Aid(s) (approved by Medical only)  ✕

**Reasonable Accommodations Denied ***

CapTel Captioned Telephone  ✗   Sound Amplification  ✗

**Refer to Medical ***

02/21/2023

**Explanation of Denial: ***

The level of hearing does not indicate a need for Captel nor personal sound amplifier

**Signature of Institution ADA Coordinator ***

Lynn Lizotte

**Date ***

03/01/2023

☑ **Inmate has been provided an Appeal Form (Attachment B). The Appeal Form for this process shall be submitted to the Institution ADA Coordinator who will then forward to the Department's ADA Coordinator for Inmates for review and response.**

**File Upload**

Drag and drop files here or browse files

*Please print form prior to submission for Inmate copy and Inmate ADA Record.*

☑ Send me a copy of my responses

**Email address**

colleen.r.murray@doc.state.ma.us

Submit

Powered by 📊 smartsheet

Privacy Notice | Report Abuse

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

DEPARTMENT OF CORRECTION

MAR 3 2023                                                                Attachment B

#HSAIOA-23-142

**COMMONWEALTH OF MASSACHUSETTS**
HEALTH SERVICES DIVISION    **DEPARTMENT OF CORRECTION**

**APPEAL FROM DENIAL OF REQUEST FOR REASONABLE ACCOMMODATION**

| |
|---|
| Name of Inmate: Nicole Chominski    Inmate's #: F-80943 |
| Institution: MCI FRAMINGHAM |
| Rationale for appeal: I am partially hard of hearing, Therefore I need the CAPTEL Hard of Hearing phone. Medical Proof - I had a sergury on my ears, specifically I have a very narrow ear canal due to the sergery. The Table Room In RTU where The 3 Phones Are Located In Barton Is often Extremley Noisy. When I am Using The phone In Table Room, I cannot Hear The Person I am Speaking To even with The Amplified volume. I DO wear Hearing Aids in Both Ears From outside hospital. (report of hearing exam on 9/9/22) results    Shattuck |
| What accommodation(s) are you requesting for your disability? I would like to use The CapTel Hard of Hearing Phone when Availble Along With Secondary Aids and Communication No Noise Enviroment - A quiet enviroments enable hard of hearing individuals to hear better, understan, and/or concetrate. |

I expressly agree to cooperate in the handling of my request, including but not limited to, agreeing to be interviewed by medical/mental health staff, as well as agreeing to an examination by medical/mental health staff in an effort to resolve the request. Additionally, I understand that my Request for Reasonable Accommodation (Attachment A) will be reviewed by the Department ADA Coordinator for Inmates during the appeal process.

Nicole Chominski                           [signature]
**Inmate Printed Name**                    **Inmate Signature and Date**

**Please send completed form to:**
Department Inmate ADA Coordinator
Health Services Division
50 Maple Street
Milford, MA 01757

**To be completed by** Department ADA Coordinator for Inmates:

**RE: Nicole Chuminski #F80943 MCI Framingham**

Request for reasonable accommodation appeal received on: **2-21-23**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

Medical staff has been consulted regarding appeal (circle one):
　　　　　　　　　　　　　　　　　　**YES**　　　　NO

Date:  **3-16-23**

Name of Medical/Mental Health Staff Consulted: **Katherine Connors, LICSW, Health Services Administrator, Wellpath, MCI Framingham**

Date:  **3-31-23**


A medical order exists concerning inmate's accommodation:
　　　　YES (please attach)　　**NO**

Request for reasonable accommodation is:
　　　　Granted ( );　　Modified ( );　　Denied ( **XXX** )

Basis for decision:

**Please see attached letter.**

Signatures: **James M. O'Gara Jr.** /s/　　　　　Date: **April 10, 2023**
Department ADA Coordinator for Inmates




**The Commonwealth of Massachusetts**
*Executive Office of Public Safety & Security*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, MA 01757*
*Tel: (508) 422-3300*
*www.mass.gov/doc*

**MAURA T. HEALEY**
*Governor*

**KIMBERLEY DRISCOLL**
*Lieutenant Governor*

**TERRENCE M. REIDY**
*Secretary*

**CAROL A. MICI**
*Commissioner*

**SHAWN P. JENKINS**
*Chief of Staff*

**KELLEY J. CORREIRA**
**ROBERT P. HIGGINS**
**MITZI S. PETERSON**
**THOMAS J. PRESTON**
*Deputy Commissioners*

April 10, 2023

Ms. Nicole Chuminski #F80943
MCI Framingham

**RE:  Appeal from Denial of Request for Reasonable Accommodation**

Dear Ms. Chuminski:

I am in receipt of your Appeal from Denial of a Request for Reasonable Accommodation. I have thoroughly reviewed your request for reasonable accommodations for access to a CapTel captioned telephone and a no noise environment due to your reported hearing impairment. I have reviewed your individual Disability Accommodation Resources Assessment regarding auxiliary aids and services conducted by Deputy Superintendent of Reentry Lynn Lizotte on February 21, 2023. Additionally, I have consulted with Ms. Katherine Connors, LMHC, Health Service Administrator, Wellpath, at MCI Framingham to determine if you have been assessed for your reported impairment and to determine if there is a clinical need for you to be provided with access to a CapTel captioned telephone due to your reported hearing impairment. Ms. Connors in consultation with the Medical Provider has confirmed you have been assessed and currently are diagnosed with mild hearing loss. Ms. Connors has confirmed in consultation with the Medical Provider that there is currently no clinical indication that your current hearing necessitates the use of a CapTel captioned telephone to effectively utilize a telephone. Ms. Connors in consultation with the Medical Provider has confirmed your approved reasonable accommodation to access a traditional amplified/hearing aid compatible telephone would allow you to effectively communicate in utilizing the telephone. There is no clinical indication you need a no noise environment. If you seek additional medical evaluations regarding your hearing, please submit a sick call slip to the Health Services Unit at MCI Framingham where your request will be reviewed and responded to accordingly. Please continue to work with the Medical Health staff at your institution to address any clinical needs you may have.

Based upon the totality of information and documentation I was able to review regarding your appeal your request for a reasonable accommodation to access a CapTel captioned telephone and a no noise environment is denied at this time. My review concluded that there was a lack of

supporting information and documentation to include your individual Disability Accommodation Resources Assessment conducted by Deputy Superintendent Lizotte and the clinical information provided to me by Ms. Connors in consultation with the Medical Provider that did not support your request to be provided access to a CapTel telephone or no noise environment at this time. It is not clinically indicated at this time. Additionally, a review of your institutional grievance records indicates that there have been no grievances filed by you indicating your hearing needs are not being met. A review of your institutional disciplinary records indicates that there have been no disciplinary proceedings where your hearing may have been at issue. A review of institutional incident reports indicates that there have been no documented issues where your hearing may have been at issue. I have also reviewed your telecommunication use over the last year and have determined that you have appropriately and effectively utilized the traditional amplified/hearing aid compatible telephones made available to you for your telecommunication needs.

If you have any further questions regarding your denied reasonable accommodation request, please send me a written correspondence in order that I can address your concerns. All correspondence can be sent to my attention at 50 Maple Street, Milford, MA 01757.

Sincerely,

James M. O'Gara Jr.
Department ADA Coordinator for Inmates
Health Services Division

Cc: Mr. Kristie Marchand, Superintendent, MCI Framingham
    Ms. Lynn Lizotte, Deputy Superintendent of Reentry, (Institution ADA Coordinator), MCI Framingham
    Ms. Katherine Connors, LICSW, Health Service Administrator, Wellpath, MCI Framingham
    File