# Exhibit L

## DECLARATION OF HERNAN CRUZ

1. My name is Hernan Cruz, and I am 52 years old. I am currently incarcerated in Unit 2-2 at MCI-Norfolk.

2. I am hard-of-hearing in both ears. My hearing loss is more severe in my left ear than in my right. I wear a hearing aid in both ears.

3. Around September of 2021, I submitted a sick slip to medical staff at MCI-Norfolk after noticing that my hearing had been gradually getting worse. I noticed that I could not hear my family and friends while using the phone and that I often missed announcements made by correctional officers in my unit. I was given several hearing tests in the Health Services Unit at MCI-Norfolk, all of which confirmed my hearing impairment. I received my hearing aids soon after these tests.

4. Around this time, the Director of Classification at MCI-Norfolk, Jennifer Gilardi, went through a Disability Accommodations Resource Assessment with me to determine what accommodations I might need for my hearing disability. Deputy Superintendent Sherry Elliot, the ADA Coordinator at MCI-Norfolk at the time, then approved me for the following accommodations: CapTel access, a pager for text notifications, a vibrating watch, and a sticker for my ID and a sign for my cell door that identify me as hard-of-hearing. At the time, MCI-Norfolk did not yet have access to pagers.

5. When the facility received pagers several months later, I was not given one. I filed a grievance and received a response from Norfolk Superintendent Nelson Alves and Deputy Superintendent Jody Hockert-Lotz (who replaced Sherry Elliot as ADA Coordinator), stating that I did not qualify for pager access because I had only mild hearing loss, which was not severe enough to warrant use of a pager. *See* Letter from Superintendent Alves, dated November 3, 2022, attached hereto.

6.  During the period of time in which I had access to the CapTel phones, I relied on the higher volume settings on the CapTel and the captions to follow conversations. The CapTel phones have an audio jack, so I would also plug in my headphones so I could hear better.

7.  On December 28, 2022, Director of Classification Gilardi called me into her office for another Disability Accommodations Resource Assessment. She informed me that I had been called in because I no longer qualified for CapTel based on an audiogram done in 2021 that identified my hearing loss as "mild." I explained that I relied on access to CapTel phones because I had trouble following phone conversations without captions. I declined the assessment because I wanted to review the reasonable accommodations policies to determine whether DOC could reassess my accommodation needs.

8.  On March 6, 2023, ADA Coordinator Jody Hockert-Lotz called me into her office to complete the Disability Accommodations Resource Assessment. I declined again because I knew at this point based on my earlier conversation with the Director of Classification Gilardi that DOC had already decided to revoke my access to CapTel. ADA Coordinator Hockert-Lotz threatened to issue me a disciplinary ticket if I refused to participate. She then reapproved me for all of my previous accommodations except for CapTel and pager access. *See* Disability Accommodations Resource Assessment, dated March 7, 2023, attached hereto.

9.  Shortly thereafter, I went to see ADA Coordinator Hockert-Lotz again and explained that I needed access to both the pager and CapTel phones because I could not hear announcements or use the regular phone due to my hearing impairment. She went through another Disability Accommodations Resource Assessment with me, during which I explained again that I relied on reading the captions on the CapTel phone to

properly understand phone conversations. I also explained that I am on the third floor of my unit and cannot hear officers when they shout announcements up the stairwell and that a pager would help ensure that I am notified. She informed me that I would be given another hearing test. On March 24, 2023, she sent me a letter confirming that I would receive this assessment. *See* Disability Accommodations Resource Assessment, dated March 24, 2023, attached hereto.

10. On March 29, 2023, I appealed the decision to deny me CapTel and pager access. I explained that the DOC had violated the settlement agreement in this case by denying me based on a threshold for hearing loss without an individualized assessment of my needs, and by failing to give primary consideration to these needs. I explained that my family members must yell and constantly repeat themselves to ensure that I can hear them over the regular phone, and that I relied on the captions to understand them. I also explained that I should not be denied a pager based on a threshold cutoff and that I was requesting one because I cannot hear verbal announcements from my unit officers for chow (meals) and movement times. *See* Appeal from Denial of Request for Reasonable Accommodation, dated March 29, 2023, attached hereto.

11. On April 25, 2023, I received a response to my appeal from DOC ADA Coordinator James O'Gara, affirming the DOC's denial of my requests for accommodation. His denial stated that there is no clinical indication that my hearing necessitates the use of the CapTel phones to effectively communicate on the telephone. The decision did not address my inability to effectively communicate using the regular phone. Nor did it address my need for a pager for in-person notifications. *See* Denial of Appeal, April 25, 2023, attached hereto.

12. At this point, I had not yet received a new hearing test and again asked ADA Coordinator Hockert-Lotz to schedule a hearing test for me.

13. In April or May of 2023, I was given an audiogram in the Health Services Unit at MCI-Norfolk. The medical provider informed me that my hearing impairment has worsened and that I now have "moderate" hearing loss. I was also given a new set of hearing aids.

14. I went to see ADA Coordinator Hockert-Lotz again to ask if she would consider restoring my CapTel access and giving me access to a pager. This time, she informed me that I was ineligible because I do not have "severe" hearing loss. She did not inquire into my difficulty hearing announcements and how I might benefit from pager notifications. She also did not ask me whether I had difficulty using the regular phone or how use of CapTel phones might accommodate my disability.

15. In July 2023, I was given another Disability Accommodations Resource Assessment by Director of Classification Jennifer Gilardi and was again denied access to the pager and CapTel phones on the same basis as before; that my hearing was not severe enough. *See* Disability Accommodations Resource Assessment, dated July 12, 2023, attached hereto.

16. I require CapTel phones as an accommodation for my hearing disability because I cannot fully understand what is being said without confirmation from the captions. At Norfolk, the CapTels are located in quiet rooms in one of the administrative buildings, where I didn't have to worry about sound interference.

17. I also require access to a pager for notifications because I frequently miss announcements. At MCI-Norfolk, officers make announcements by shouting them up the stairwell. Officers do not notify me in person of announcements even though they are aware that I am hard-of-hearing. As a result, I often miss important announcements for

meal times, facility movement times, and the call to pick up keep-on-person medication. The pager would allow me to receive all notifications in real time.

18. Now that I am using the regular phone again, conversations with my family are very difficult. The regular phones do not have an audio jack for headphones to help isolate noise from the unit, and as far as I know, I cannot connect my hearing aids directly to the phone. Even when my family members speak very loudly and I have the phone set to the highest volume, I cannot hear them over the background noise on my unit. I also cannot use my hearing aids when I am on the phone because it picks up noise from the unit. I must wait until everyone leaves my unit to use the phone and have had to miss programming and work several times in order to wait for a time when the unit is quiet enough for calls. I am typically scheduled to work a morning shift, but sometimes I work an extra afternoon shift without compensation if I have missed part of my shift because it was the only time I could use the phone.

Signed under pains and penalties of perjury.

Dated: October 4, 2023

Hernan Cruz



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety and Security*
*Department of Correction*
*2 Clark Street, P.O. box 43*
*Norfolk, Massachusetts 02056*
*Telephone (508) 660-5900*

*www.mass.gov/doc*



RECEIVED
MAY 0 8 2023

**CHARLES D. BAKER**
*Governor*

**KARYN E. POLITO**
*Lieutenant Governor*

**TERRENCE M. REIDY**
*Secretary*

**CAROL A. MICI**
*Commissioner*

**SHAWN P. JENKINS**
*Chief of Staff*

**KELLEY J. CORREIRA**
**PATRICK T. DEPALO, JR.**
**ROBERT P. HIGGINS**
**MITZI S. PETERSON**
**THOMAS J. PRESTON**
*Deputy Commissioners*

**NELSON ALVES**
*Superintendent*

November 3, 2022

Hernan Cruz, W57270
MCI-Norfolk / Unit 2-2
2 Clark Street
P.O. Box 43
Norfolk, MA  02056

<u>RE: Pagers</u>

Dear Mr. Cruz,

I am in receipt of your request to receive a pager.  It was explained to you during your initial accommodation assessment that you were granted a pager by the previous Deputy.  However, at that time the pagers were not available therefore the determination of accommodations should have been partially granted pending the implementation of the pagers and further assessment.

Deputy Hockert-Lotz explained to you that the Department is conducting a reassessment of all inmates identified as hard of hearing and that you were not assessed during this initial assessment because you were not identified as having severe and or profound hearing loss.  However, the Department is in the process of reviewing and reassessing inmates hearing level impairments and their individual needs for auxiliary aids and services.  As we conduct this process, you will be notified and provided an individual reassessment regarding your need for these auxiliary aids and services.

I trust this addresses your concerns.

Sincerely,

Nelson Alves
Superintendent

cc:  Jodi Hockert-Lotz, Deputy Superintendent
     File

7

# Disability Accommodation Resources Assessment



**Date of Assessment** *

03/07/2023

**Institution** *

NOR

**Inmate Name** *

Cruz, Hernan

**Inmate ID No.** *

W57270

**Assessment Conducted by:** *

Jodi Hockert-Lotz

**Which Describes You?** *

Refused to Answer ✕

**Do you need auxiliary aids/services to complete this assessment?** *

Refused to Answer

**Do you have the ability to read and write?** *

Refused to Answer

**Level of Hearing Determined by Audiogram** *

Mild Loss 26-40dB

**Medically Indicated Auxiliary Aids/Services** *

DOC_Briggs_AppendixA_09_002551

Hearing Aids  ✕

**Are you currently recommended for/issued hearing aid(s)? ***

Yes ▼

**Which device(s) do you presently use? ***

Refused to Answer  ✕ ▼

**Can you effectively communicate without a hearing aid? ***

Refused to Answer ▼

**Can you effectively communicate while wearing a hearing aid? ***

Refused to Answer ▼

**Can you effectively communicate on traditional inmate telephones with amplified volume controls? ***

Refused to Answer ▼

**Can you effectively communicate on traditional inmate telephones with hearing aid(s) and/or an amplification device such as a pocket talker? ***

Refused to Answer ▼

**Please indicate what, if any, telecommunication device accommodations you are requesting: ***

Refused to Answer  ✕ ▼

**Can you understand announcements made verbally by staff and/or via a public address (PA) system? ***

Refused to Answer ▼

**Please indicate what, if any, Aid(s) and/or Service Accommodations you are requesting: ***

Refused to Answer  ✕ ▼

**Please indicate what, if any, Secondary Aid(s) and/or Communication Accommodations you are requesting: ***

Refused to Answer  ✕ ▼

**Do you know and use American Sign Language (ASL) as your primary method of communication?** *

| Refused to Answer ▼ |
| --- |

**Please indicate what, if any, Communication, Interpretation, Translation or Transliteration Accommodations you are requesting:** *

| Refused to Answer ✕ | ✕ ▼ |
| --- | --- |

---

**Results of Disability Accommodation Resources Assessment:** *

| Request(s) Partially Granted/Denied ✕ | ✕ ▼ |
| --- | --- |

**Reasonable Accommodations Granted** *

| Amplified Telephone ✕    Vibrating Watch ✕ | ✕ ▼ |
| --- | --- |

**Reasonable Accommodations Granted** *

| Other ✕ | ✕ ▼ |
| --- | --- |

**Other Reasonable Accomodations Granted** *

| ID Card or Badge ✕    ID Sign for Room ✕    Closed Captioned Video ✕     Pocket Talker Device (approved by Medical only) ✕     Hearing Aid(s) (approved by Medical only) ✕ | ✕ ▼ |
| --- | --- |

**Reasonable Accommodations Denied** *

| CapTel Captioned Telephone ✕ | ✕ ▼ |
| --- | --- |

**Explanation of Denial:** *

Inmate Cruz has refused to participate in Disability Accommodation Resource Assessment on two separate occasions. A review of the Medical deaf and hard of hearing related special accommodations notice and Audicus testing results was utilized to guide in the determination of accommodations.

**Signature of Institution ADA Coordinator** *

Jodi Hockert-Lotz

**Date** *

03/07/2023

☑ **Inmate has been provided an Appeal Form (Attachment B). The Appeal Form for this process shall be submitted to the Institution ADA Coordinator who will then forward to the Department's ADA Coordinator for Inmates for review and response.**

**File Upload**

Drag and drop files here or browse files

*Please print form prior to submission for Inmate copy and Inmate ADA Record.*

☐ Send me a copy of my responses

Submit

Powered by ☑ smartsheet

Privacy Notice | Report Abuse

# Disability Accommodation Resources Assessment

**Date of Assessment \***

03/24/2023

**Institution \***

NOR

**Inmate Name \***

Hernan Cruz

**Inmate ID No. \***

W57270

**Assessment Conducted by: \***

Jodi Hockert- Lotz

**Which Describes You? \***

I am HARD OF HEARING   ✕

**I'm HARD OF HEARING in: \***

Both Ears

**Do you need auxiliary aids/services to complete this assessment? \***

No

**Do you have the ability to read and write? \***

Yes

**Language(s) you can read/write: \***

English   ✕     Spanish   ✕

**Level of Hearing Determined by Audiogram ***

| Mild Loss 26-40dB | ▼ |

**Medically Indicated Auxiliary Aids/Services ***

| Hearing Aids  ✕ | ✕ ▼ |

**Are you currently recommended for/issued hearing aid(s)? ***

| Yes | ▼ |

**Which device(s) do you presently use? ***

| Hearing Aid(s)  ✕ | ✕ ▼ |

**In: ***

| Both Ears | ▼ |

**Can you effectively communicate while wearing a hearing aid? ***

| Yes | ▼ |

**Can you effectively communicate on traditional inmate telephones with hearing aid(s) and/or an amplification device such as a pocket talker? ***

| No | ▼ |

**Please indicate what, if any, telecommunication device accommodations you are requesting: ***

| CapTel Captioned Telephone  ✕ | ✕ ▼ |
| Telephone with Amplified Volume Control/Hearing Aid Compatible  ✕ | |

**Can you understand announcements made verbally by staff and/or via a public address (PA) system? ***

| Yes | ▼ |

**Please indicate what, if any, Aid(s) and/or Service Accommodations you are requesting: ***

| Closed Captioned Video  ✕    Hearing Aid(s)  ✕    ID Card or Badge  ✕    ID Sign for Room  ✕ | ✕ ▼ |
| Picture Flashcard  ✕    Pocket Talker Device  ✕    Receiver/Pager  ✕    Vibrating Watch  ✕ | |

**Please indicate what, if any, Secondary Aid(s) and/or Communication Accommodations you are requesting: ***

| Face to Face Lip Reading ✕   Gestures ✕   Slow Rate of Speech ✕   Writing Materials ✕ | ✕ ▼ |

**Do you know and use American Sign Language (ASL) as your primary method of communication? ***

| No | ▼ |

**Please indicate what, if any, Communication, Interpretation, Translation or Transliteration Accommodations you are requesting: ***

| None at this time ✕ | ✕ ▼ |

**Results of Disability Accommodation Resources Assessment: ***

| Request(s) Partially Granted/Denied ✕ | ✕ ▼ |

**Reasonable Accommodations Granted ***

| Telephone with Amplified Volume Control/Hearing Aid Compatible ✕   Picture Flashcard ✕   Vibrating Watch ✕   Other ✕ | ✕ ▼ |

**Reasonable Accommodations Granted ***

| Picture Flashcard ✕   Vibrating Watch ✕   Other ✕ | ✕ ▼ |

**Other Reasonable Accomodations Granted ***

| ID Card or Badge ✕   ID Sign for Room ✕   Closed Captioned Video ✕   Face-to-Face Lip Reading ✕   Writing Materials ✕   Gestures ✕   Slow Rate of Speech ✕ | ✕ ▼ |

**Reasonable Accommodations Denied ***

| CapTel Captioned Telephone ✕   Pager/Receiver ✕ | ✕ ▼ |

**Refer to Medical ***

| 03/24/2023 📅 |

**Explanation of Denial: ***

14                DOC_Briggs_AppendixA_09_002557

Overall hearing deficit of mild, it is not clinically indicated that a pager and or CapTel would be needed for mild hearing loss. A referral was made to Wellpath to assess inmate for hearing aid adjustments and or determination if additional testing is indicated. Medical was notified of inmate reporting issues hearing on phone, announcements and to repeat questions during assessment.

**Signature of Institution ADA Coordinator ***

Jodi Hockert-Lotz

**Date ***

03/24/2023

☑ **Inmate has been provided an Appeal Form (Attachment B). The Appeal Form for this process shall be submitted to the Institution ADA Coordinator who will then forward to the Department's ADA Coordinator for Inmates for review and response.**

**File Upload**

Drag and drop files here or browse files

*Please print form prior to submission for Inmate copy and Inmate ADA Record.*

☐ Send me a copy of my responses

Submit

Powered by ☑ smartsheet
Privacy Notice | Report Abuse

DEPARTMENT OF CORRECTION

APR 4 2023

HSADA23-216

HEALTH SERVICES DIVISION

Attachment B

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

### APPEAL FROM DENIAL OF REQUEST FOR REASONABLE ACCOMMODATION

| Name of Inmate: Hernan Cruz | Inmate's #: W57270 |
|---|---|
| Institution: MCI-Norfolk | |

**Rationale for appeal:**

Please see attached

**What accommodation(s) are you requesting for your disability?**

CAP Tel Telephone And a Pager/Receiver

I expressly agree to cooperate in the handling of my request, including but not limited to, agreeing to be interviewed by medical/mental health staff, as well as agreeing to an examination by medical/mental health staff in an effort to resolve the request. Additionally, I understand that my Request for Reasonable Accommodation (Attachment A) will be reviewed by the Department ADA Coordinator for Inmates during the appeal process.

Hernan Cruz
**Inmate Printed Name**

3/29/23
**Inmate Signature and Date**

### Please send completed form to:
Department Inmate ADA Coordinator
Health Services Division
50 Maple Street
Milford, MA 01757

Hernan Cruz, W57270
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056


March 29, 2023


Mr. James M. O'Gara Jr.
Department ADA Coordinator for Inmates
Health Service Division
50 Maple Street
Milford, MA 01757


RE:  APPEAL FROM DENIAL OF REQUEST FOR REASONABLE ACCOMMODATION


Dear Mr. O'Gara:

   I am writing to respectfully appeal the decision of the
Institution's ADA Ms. Jody Hockert Lotz, who denied me a Cap
Tel Captioned and Pager/Receiver. I respectfully request that
you please reverse the Institution ADA Ms. Hockert Lotz's decision
and grant me cap tel telephone and a pager/receiver to help
me to have effective communication over the phone and to be
able to hear C.O.'s announcements.

   Please be advised that I was already approved for these
Services and Devices on 9/23/21 during my disability Accommodation
Assessment. However, Ms. Hockert Lotz called me on March 6,
2023 to do a reassessment. At that time I chose not to participate
in the reassessment because nothing in the 103 DOC 408 states
that I need to participate in a reassessment. As of result Ms. Hockert
Lotz threatened me to issue a Diciplinary Report if I do not
participate in the reassessment. I still chose not to participate
and Ms. Hockert Lotz completed my so-called reassessment without
me and granted an amplified Telephone and vibrating watch, along
with closed captioned video, pocket talker device and hearing
aids. But denied me Cap Tel Captioned Telephone.

   I then spoke with her at access hour and agreed to participate
in the so-called reassessment to address the need for cap tel
telephone. Ms. Hockert Lotz then called me to her office on
March 24, 2023 to conduct the so-called reassessment. Prior
to the reassessment shed stated that I do not qualify for cap
tel telephone because my medical record indicates that I have
a mild loss of hearing of 26-40dB. Therefore I do not qualify
for cap tel telephone. Then upon completing the so-called
reassessment and after I explained to her the need for cap tel
telephone she still denied me stating that I do not qualify
based on my mild hearing loss.

Please be advised that this is a clear violation of 103 DOC 408 SOP Section II C.2.a which states that "Any decision to an Auxiliary Aid or Service selected by an inmate must be based on individualized assessment of the inmate, and not on any set guidelines, protocols, or threshold levels of hearing loss shown on an inmate's audiogram." See also settlement agreement page 15. Please be advised that I was not the only one who she removed from Cap Tel. She used the so-called reassessment to remove individuals from Cap Tel disregarding individual need.

In addition, pursuant to the settlement agreement paragraph 27 on page 6 states that "Primary Consideration" means that DOC must honor a deaf or hard-of-hearing inmate's expressed choice(s) of accommodations when determining what types of auxiliary aids and/or services are necessary to ensure that the inmate is able to communicate effectively and have effective. Please be advised that Ms. Hockert Lotz did not take my request for cap tel and a Pager/Receiver into consideration.

Cap Tel Accommodation:

Please be advised that when I use the phone in the unit my family needs to yell on the phone or keep repeating themselves so I can hear what they are saying. Making our conversation very difficult and frustrating depending on the unit's background noises. However, Cap Tel service is very beneficial because I am able to read what they are saying and communicate effectively with my family. Ms. Hockert Lotz granted me close captioned video but yet denied me cap tel. So, it is clear to me that her agenda was to deny me cap tel without any regard to my need.

Pager/Receiver:

Please be advised that I explained to Ms. Hockert Lotz that I do not hear the C.O.'s announcements and when he calls chow or movements. I previously submitted an informal complaint because I was not offered a Pager/Receiver when they arrived after I was already approved for one. But again, Ms. Hockert Lotz and the Department of Correction are using a set of guidelines, protocols and/or threshold levels of hearing loss to deny these services devices in violation of the settlement agreement.

Hearing Aids and Pocket Talker Device:

Please be advised that when Ms. Hockert Lotz completed the reassessment without me she granted me the hearing aids and the pocket talker device. However, when she then did the so-called reassessment I explained to her that I used the hearing aids every day and while I was participating in the so-called

2

reassessment. Yet, she did not list those devices as granted when she did the so-called reassement on 3/24/23. She did not list it as a denial neither therefore it could have been an oversight. However, the purpose of me mentioned of this is because I received replecement batteries every month for my hearing aids. Therefore, I am requesting that the IMS indicate that the hearing aids continue to be approved.

Wherefore, for all the above reasons I respectfully request that you please reverse the institution ADA Ms. Hockert Lotz's decision and grant me cap tel telephone and a pager/receiver to help me to have effective communication over the phone and to be able to hear C.O.'s announcements.

Thank you for your time, assistance and attention in this matter.

Sincerely yours,

Hernan Cruz

cc:file
    Ms. Jody Hockert Lotz
    Institution ADA

3

**To be completed by** Department ADA Coordinator for Inmates:

RE: Hernan Cruz #W57270   MCI Norfolk

Request for reasonable accommodation appeal received on:
Date: **4-4-23**

Medical staff has been consulted regarding appeal (circle one):
**YES**        NO

Date: **4-5-23**

Name of Medical/Mental Health Staff Consulted: **Andrea Howe,
LMHC,Health Services Adminstrator,Wellpath, MCI Norfolk**

Date: **4-12-23**

A medical order exists concerning inmate's accommodation:
        YES (please attach)   **NO**

Request for reasonable accommodation is:
        Granted (   ); Modified (   );      Denied ( **XXX** )

Basis for decision:

**Please see attached letter.**

Signatures: **James M. O'Gara Jr.** _____  Date: **April 25, 2023**
Department ADA Coordinator for Inmates

408

20



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, MA 01757*
*Tel: (508) 422-3300*
*www.mass.gov/doc*



**MAURA T. HEALEY**
*Governor*

**KIMBERLEY DRISCOLL**
*Lieutenant Governor*

**TERRENCE M. REIDY**
*Secretary*

**CAROL A. MICI**
*Commissioner*

**SHAWN P. JENKINS**
*Chief of Staff*

**KELLEY J. CORREIRA**
**ROBERT P. HIGGINS**
**MITZI S. PETERSON**
**THOMAS J. PRESTON**
*Deputy Commissioners*

RECEIVED MAY 0 8 2023

April 25, 2023

Mr. Hernan Cruz #W57270
MCI Norfolk

**RE:  Appeal from Denial of Request for Reasonable Accommodation**

Dear Mr. Cruz:

I am in receipt of your Appeal from Denial of a Request for Reasonable Accommodation.  I have thoroughly reviewed your request for reasonable accommodations for access to a CapTel captioned telephone and a pager/receiver due to your reported hearing impairment.  I have reviewed your individual Disability Accommodation Resources Assessment regarding auxiliary aids and services conducted by Deputy Superintendent Jodi Hockert Lotz on March 24, 2023. Additionally, I have consulted with Ms. Andrea Howe, LMHC, Health Service Administrator, Wellpath, at MCI Norfolk to determine if you have been assessed for your reported impairment and to determine if there is a clinical need for you to be provided with hearing related accommodations to include access to a CapTel captioned telephone and a pager/recevier due to your reported hearing  impairment.  Ms. Howe  in consultation with the Medical Provider has confirmed you have been assessed and currently have been diagnosed with mild hearing loss. Ms. Howe has confirmed in consultation with the Medical Provider that there is currently no clinical indication that your current hearing necessitates the use of a CapTel captioned telephone to effectively utilize a telephone. Ms. Howe in consultation with the Medical Provider has confirmed your approved reasonable accommodation to access a traditional amplified/hearing aid compatible telephone would allow you to effectively communicate in utilizing the telephone.  Ms. Howe has confirmed in consulation with the Medical Provider that there is no clinical indication you need a pager/receiver to understand institution announcements made by staff. If you seek additional medical evaluations regarding your hearing, please submit a sick call slip to the Health Services Unit at MCI Norfolk where your request will be reviewed and responded to accordingly.  Please continue to work with the Medical Health staff at your institution to address any clinical needs you may have.

Based upon the totality of information and documentation I was able to review regarding your appeal your request for a reasonable accommodations for a pager/receiver and access to a CapTel captioned telephone is denied at this time. My review concluded that there was a lack of supporting information and documentation to include your individual Disability Accommodation Resources Assessment conducted by Deputy Hockert Lotz and the clinical information provided to me by Ms. Howe in consultation with the Medical Provider that did not support your request to be provided a pager/receiver and access to a CapTel captioned telephone at this time. It is not clinically indicated at this time. Additionally, a review of your institutional grievance records indicates that there have been no grievances filed by you indicating your hearing needs are not being met. A review of your institutional disciplinary records indicates that there have been no disciplinary proceedings where your hearing may have been at issue. A review of institutional incident reports indicates that there have been no documented issues where your hearing may have been at issue. I have also reviewed your telecommunication use over the last year and have determined that you have appropriately and effectively utilized the traditional amplified/hearing aid compatible telephones made available to you for your telecommunication needs.

If you have any further questions regarding your denied reasonable accommodation request, please send me a written correspondence in order that I can address your concerns. All correspondence can be sent to my attention at 50 Maple Street, Milford, MA 01757.

Sincerely,

James M. O'Gara Jr.
Department ADA Coordinator for Inmates
Health Services Division

Cc: Mr. Nelson Alves, Superintendent, MCI Norfolk
Ms. Jodi Hockert-Lotz, Deputy Superintendent (Institution ADA Coordinator), MCI Norfolk
Ms. Andrea Howe, LMHC, Health Service Administrator, Wellpath, MCI Norfolk
File

# Disability Accommodation Resources Assessment

**Date of Assessment ***

07/12/2023

**Institution ***

NOR

**Inmate Name ***

Cruz, Hernan

**Inmate ID No. ***

W57270

**Assessment Conducted by: ***

Jennifer Gilardi

**Which Describes You? ***

I am HARD OF HEARING   ✕

**I'm HARD OF HEARING in: ***

Both Ears

**Do you need auxiliary aids/services to complete this assessment? ***

No

**Do you have the ability to read and write? ***

Yes

**Language(s) you can read/write: ***

English   ✕     Spanish   ✕

**Level of Hearing Determined by Audiogram** *

| Moderate Loss 41-55dB | ▼ |

**Medically Indicated Auxiliary Aids/Services** *

| Hearing Aids ✕ | ✕ ▼ |

**Are you currently recommended for/issued hearing aid(s)?** *

| Yes | ▼ |

**Which device(s) do you presently use?** *

| Hearing Aid(s) ✕ | ✕ ▼ |

**In:** *

| Both Ears | ▼ |

**Can you effectively communicate while wearing a hearing aid?** *

| No | ▼ |

**Can you effectively communicate on traditional inmate telephones with hearing aid(s) and/or an amplification device such as a pocket talker?** *

| No | ▼ |

**Please indicate what, if any, telecommunication device accommodations you are requesting:** *

| CapTel Captioned Telephone ✕ | ✕ ▼ |
| Telephone with Amplified Volume Control/Hearing Aid Compatible ✕ | |

**Can you understand announcements made verbally by staff and/or via a public address (PA) system?** *

| No | ▼ |

**Please indicate what, if any, Aid(s) and/or Service Accommodations you are requesting:** *

| Hearing Aid(s) ✕   ID Card or Badge ✕   ID Sign for Room ✕   Picture Flashcard ✕ | ✕ ▼ |
| Receiver/Pager ✕   Vibrating Watch ✕ | |

**Please indicate what, if any, Secondary Aid(s) and/or Communication Accommodations you are requesting: ***

Face to Face Lip Reading ✕   Written Communications ✕   ✕ ▼

**Do you know and use American Sign Language (ASL) as your primary method of communication? ***

No ▼

**Please indicate what, if any, Communication, Interpretation, Translation or Transliteration Accommodations you are requesting: ***

None at this time ✕   ✕ ▼

**Results of Disability Accommodation Resources Assessment: ***

Request(s) Partially Granted/Denied ✕   ✕ ▼

**Reasonable Accommodations Granted ***

Telephone with Amplified Volume Control/Hearing Aid Compatible ✕   Vibrating Watch ✕   ✕ ▼
Other ✕

**Other Reasonable Accomodations Granted ***

ID Card or Badge ✕   ID Sign for Room ✕   ✕ ▼

**Reasonable Accommodations Denied ***

CapTel Captioned Telephone ✕   Pager/Receiver ✕   ✕ ▼

**Refer to Medical ***

07/12/2023  📅

**Explanation of Denial: ***

pager and Captel not clinically indicated
written communication- subject was able to effectively communicate with me sitting about 6 feet away

**Signature of Institution ADA Coordinator \***

Jennifer Gilardi

**Date \***

07/12/2023

☑ **Inmate has been provided an Appeal Form (Attachment B). The Appeal Form for this process shall be submitted to the Institution ADA Coordinator who will then forward to the Department's ADA Coordinator for Inmates for review and response.**

**File Upload**

Drag and drop files here or browse files

*Please print form prior to submission for Inmate copy and Inmate ADA Record.*

☐ Send me a copy of my responses

Submit

Powered by ☑ smartsheet

Privacy Notice | Report Abuse