# Exhibit M

**DECLARATION OF TERRANCE MONTGOMERY**

1. My name is Terrance Montgomery. I am 29 years old and am incarcerated at Souza Baranowski Correctional Center, a maximum-security facility. I reside in the N1 Unit.

2. When I was a child, I endured numerous ear infections that resulted in scarring in both of my eardrums. I also fell from the fourth floor of a building, which resulted in hearing loss in both ears. I am currently diagnosed with "moderate-severe" hearing loss. *See* Disability Accommodations Resource Assessment, dated December 16, 2022, attached hereto.

3. About two and a half years ago, my hearing was evaluated by a medical provider at MCI-Concord. Following the evaluation, I received a number of accommodations, including access to CapTel phones, a vibrating watch, a sound amplifier, hearing aids, and a sticker for my ID and sign for my door identifying me as hard-of-hearing. I was approved for a pager but never received one.

4. Access to CapTel was extremely beneficial to me and my family. The captions allowed me to understand what my loved ones were saying without having to constantly interrupt for clarification. My kids, their mother, and my brothers did not experience the same frustration with me that they now do with the regular phones.

5. Sometime in late 2022, Deputy Superintendent of Reentry James Mitchell, the ADA Coordinator at my institution, told me that there was a new policy regarding accommodations for hearing disabilities and I needed to undergo a new accommodations assessment as a result.

6. On December 12, 2022, I was reassessed by ADA Coordinator Mitchell. During the assessment, ADA Coordinator Mitchell did not ask whether I could use the regular

1

phones or whether I have benefitted from CapTel access. I didn't expect to be asked about my need for CapTel during this conversation, so I did not bring it up on my own.

7. Later, I received a copy of the Disability Accommodations Resource Assessment with ADA Coordinator Mitchell's decision stating that CapTel was no longer a reasonable accommodation for my moderate-severe hearing loss because it was "not medically indicated." The decision gave no other explanation for the decision to deny me CapTel and did not address my inability to effectively communicate using the regular phone. *See* Disability Accommodations Resource Assessment, dated December 16, 2022, attached hereto.

8. I noticed that ADA Coordinator Mitchell noted on the form that I have no issue using the traditional phone even though he never asked me this question.

9. On January 24, 2023, I submitted an appeal asking that my CapTel access be reinstated. I explained that ADA Coordinator Mitchell failed to ask me all of the questions in the assessment, including whether I need any auxiliary aids and whether I have any issues using the traditional phones. I explained that I cannot effectively communicate on the traditional phones because I cannot hear my family members on them and that the captions on the CapTel helped significantly. *See* Appeal of Denial of Request for Reasonable Accommodation, dated January 24, 2023, attached hereto.

10. On April 26, 2023, DOC ADA Coordinator James O'Gara denied my appeal on the basis that "there is currently no clinical indication" for me to have CapTel access and that an amplified telephone and hearing aids are sufficient. *See* Denial of Appeal, dated April 26, 2023, attached hereto. However, I have not had access to my hearing aids since December 2022 and I do not know of a way to connect my hearing aids to the regular

phone. The decision did not take into account my reliance on captions to follow conversations and my significant difficulty hearing people on the traditional phones.

11. On December 23, 2022, I was transferred to a restrictive housing unit. During the transfer, much of my property disappeared, including my hearing aids and sound amplifier. A DOC staff member, who wished to remain anonymous, told me that another staff member had disposed of my belongings in retaliation for the altercation.

12. I have attended staff access hours numerous times to informally grieve the loss of my belongings with ADA Coordinator Mitchell. I was told I would get my assistive devices back, but am still without most of them (including my hearing aids and sound amplifier) even though I continue to complain about this issue. I was given back my vibrating watch, but staff took it away when I was sent to the restrictive housing unit and still have not returned it.

13. I have faced discipline because I cannot hear verbal announcements and verbal commands. In late August 2023, I received a disciplinary ticket and was sent back to restrictive housing as punishment for failing to hear the five-minute lock-in warning while I was in the shower.

14. Since losing access to CapTel phones, I have had to use the regular phones again. I struggle to hear on the regular phone, especially when there is background noise, which is frequent in my unit. I am only allowed a few hours of out-of-cell time per day in which I can make phone calls. Each conversation on the regular phone takes me much longer than it would have on the regular phone because I constantly ask my friends and family to repeat themselves, which wastes the precious time I have to connect with them.

16. I struggle most when trying to talk to my kids who are only five and eight years old. They get frustrated with me because I cannot understand what they are saying. Since they are so young, they naturally have short attention spans, and it is extremely difficult to engage with them. As a father, losing access to CapTel has taken a big emotional toll on me and my family. I feel like I am missing out on opportunities to bond with my kids due to our difficulty communicating over the regular phones.

Signed under pains and penalties of perjury.

Dated: October 5, 2023

_____

Terrence Montgomery

# Disability Accommodation Resources Assessment

**Date of Assessment ***

12/12/2022

**Institution ***

SBCC

**Inmate Name ***

Terrance Montgomery

**Inmate ID No. ***

W112249

**Assessment Conducted by: ***

James Mitchell

**Which Describes You? ***

I am HARD OF HEARING  ✗

**I'm HARD OF HEARING in: ***

Both Ears

**Do you need auxiliary aids/services to complete this assessment? ***

No

**Do you have the ability to read and write? ***

Yes

**Language(s) you can read/write: ***

English  ✗

**Level of Hearing Determined by Audiogram ***

| Moderate-Severe Loss 56-70dB ▼ |
|---|

**Medically Indicated Auxiliary Aids/Services ***

| Personal Sound Amplification Device (Pocket Talker) ✗           ✗ ▼ |
|---|

**Are you currently recommended for/issued hearing aid(s)? ***

| Yes ▼ |
|---|

**Verified with Medical that hearing aid(s) are recommended/will be issued? ***

| Yes ▼ |
|---|

**Which device(s) do you presently use? ***

| Hearing Aid(s) ✗           ✗ ▼ |
|---|

**In: ***

| Both Ears ▼ |
|---|

**Can you effectively communicate while wearing a hearing aid? ***

| Yes ▼ |
|---|

**Can you effectively communicate on traditional inmate telephones with hearing aid(s) and/or an amplification device such as a pocket talker? ***

| Yes ▼ |
|---|

**Please indicate what, if any, telecommunication device accommodations you are requesting: ***

| CapTel Captioned Telephone ✗           ✗ ▼ |
|---|

**Can you understand announcements made verbally by staff and/or via a public address (PA) system? ***

| Yes ▼ |
|---|

**Please indicate what, if any, Aid(s) and/or Service Accommodations you are requesting: ***

| Hearing Aid(s) ✗   ID Card or Badge ✗   ID Sign for Room ✗   Pocket Talker Device ✗ |
|---|

| Vibrating Watch ✕ | ✕ ▼ |

**Please indicate what, if any, Secondary Aid(s) and/or Communication Accommodations you are requesting: ***

| Face to Face Lip Reading ✕   Gestures ✕   Sound Amplification ✕ | ✕ ▼ |

**Do you know and use American Sign Language (ASL) as your primary method of communication? ***

| No | ▼ |

**Please indicate what, if any, Communication, Interpretation, Translation or Transliteration Accommodations you are requesting: ***

| None at this time ✕ | ✕ ▼ |

**Results of Disability Accommodation Resources Assessment: ***

| Request(s) Partially Granted/Denied ✕ | ✕ ▼ |

**Reasonable Accommodations Granted ***

| Amplified Telephone ✕   Picture Flashcard ✕   Vibrating Watch ✕   Other ✕ | ✕ ▼ |

**Other Reasonable Accomodations Granted ***

| ID Card or Badge ✕   ID Sign for Room ✕   Sound Amplification ✕   Face-to-Face Lip Reading ✕   Gestures ✕ | ✕ ▼ |

**Reasonable Accommodations Denied ***

| CapTel Captioned Telephone ✕ | ✕ ▼ |

**Explanation of Denial: ***

Not medically indicated.

**Signature of Institution ADA Coordinator ***

James Mitchell

**Date ***

12/16/2022

☐ **Inmate has been provided an Appeal Form (Attachment B). The Appeal Form for this process shall be submitted to the Institution ADA Coordinator who will then forward to the Department's ADA Coordinator for Inmates for review and response.**

**File Upload**

```
Drag and drop files here or browse files
```

*Please print form prior to submission for Inmate copy and Inmate ADA Record.*

☐ Send me a copy of my responses

Submit

Powered by ▧ smartsheet
Privacy Notice | Report Abuse

DEPARTMENT OF CORRECTION

JAN 24 2023

# HSADA23-52
HEALTH SERVICES DIVISION

ATTACHMENT "B"
(Page 1 of 2)

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
DENIAL OF REQUEST FOR REASONABLE ACCOMMODATION

| Name of Inmate: Terrance Montgomery | Inmate's #: W113349 |
|---|---|
| Institution: S.B.C.C. | |

Rationale for appeal: ada Coordinator didn't ask me all the questions that were in the assestment such as do I need any auxiliary aids/services to conduct the assestment, in which case I would've said yes because I needed him to repeat himself several times, also on question asking if I can effectively communicate on the traditional Inmate telephones with hearing aids, I would've said NO due to the bulkiness of the hearing aids interferes with the phone so it makes it hard to use and hear my family clearly, and I'm requesting the Captel phone because I really do have issues understanding and hearing my kids and family and the Caption ability helps alot!

What accommodation(s) are you requesting for your disability?
CapTel. Captioned Telephone

I expressly agree to cooperate in the handling of my request, including but not limited to, agreeing to be interviewed by medical/mental health staff, as well as agreeing to an examination by medical/mental health staff in an effort to resolve the request. Additionally, I understand that my Request for Reasonable Accommodation (Attachment A) will be reviewed by the Department ADA Coordinator for Inmates during the appeal process.

Terrance Montgomery
Inmate Printed Name

_[signature]_
Inmate Signature and Date

**Please send completed form to:**
Department Inmate ADA Coordinator
Health Services Division
50 Maple Street
Milford, MA 01757

---

To be completed by Department ADA Coordinator for Inmates:

Request for reasonable accommodation appeal received on: _____
                                                              Date

Medical staff has been consulted regarding appeal (circle one):
          YES          NO

Name of Medical/Mental Health Staff Consulted:

_____ Date: _____

September 2018                                              408 - 20

10

**To be completed by** Department ADA Coordinator for Inmates:

**RE: Terrance Montgomery #W113349     SBCC**

Request for reasonable accommodation appeal received on:
Date:  **1-24-23**

Medical staff has been consulted regarding appeal (circle one):
         **[YES]**          NO

Date: **1-30-23**

Name of Medical/Mental Health Staff Consulted: **Ashley Landry, RN, BSN, Health Service Administrator, Wellpath, SBCC**

Date: **3-22-23, 3-28-23, 4-12-23, 4-17-23**


A medical order exists concerning inmate's accommodation:
         YES (please attach)    **[NO]**


Request for reasonable accommodation is:
         Granted (   ); Modified (   );        Denied ( **XXX** )

Basis for decision:

**Please see attached letter.**


Signatures: **James M. O'Gara Jr.** /s/          Date: **April 26, 2023**
Department ADA Coordinator for Inmates

 

The Commonwealth of Massachusetts
Executive Office of Public Safety & Security
Department of Correction
50 Maple Street, Suite 3
Milford, MA 01757
Tel: (508) 422-3300
www.mass.gov/doc

**MAURA T. HEALEY**
*Governor*

**KIMBERLEY DRISCOLL**
*Lieutenant Governor*

**TERRENCE M. REIDY**
*Secretary*

**CAROL A. MICI**
*Commissioner*

**SHAWN P. JENKINS**
*Chief of Staff*

**KELLEY J. CORREIRA**
**ROBERT P. HIGGINS**
**MITZI S. PETERSON**
**THOMAS J. PRESTON**
*Deputy Commissioners*

April 26, 2023

Mr. Terrance Montgomery #W113349
Souza Baranowski Correctional Center

**RE: Appeal from Denial of Request for Reasonable Accommodation**

Dear Mr. Montgomery:

I am in receipt of your Appeal from Denial of a Request for Reasonable Accommodation. I have thoroughly reviewed your request for reasonable accommodations for access to a CapTel captioned telephone due to your reported hearing impairment. I have also reviewed your individual Disability Accommodation Resources Assessment conducted by Deputy Superintendent of Reentry James Mitchell on December 12, 2022. Additionally, I have consulted with Ms. Ashley Landry, RN, Health Service Administrator, Wellpath, at Souza Baranowski Correctional Center to determine if you have been assessed for your reported impairment and to determine if there is a clinical need for you to be provided with hearing related auxiliary aids and services to include access to a CapTel captioned telephone due to your reported hearing impairment. Ms. Landry in consultation with the Medical Provider has confirmed you have been diagnosed with moderately severe hearing loss. Ms. Landry has also confirmed that you have received a personal sound amplification device to assist you with your hearing needs. Ms. Landry has confirmed in consultation with the Medical Provider that there currently is no clinical indication that your current hearing necessitates the use of a CapTel captioned telephone to effectively utilize a telephone. Ms. Landry in consultation with the Medical Provider has confirmed your reasonable accommodation approval to access a traditional amplified/hearing aid compatible telephone would allow you to effectively communicate in utilizing the telephone. If you seek additional medical evaluations regarding your hearing, please submit a sick call slip to the Health Services Unit at Souza Baranowski Correctional Center where your request will be reviewed and responded to accordingly. Please continue to work with the Medical Health staff at your institution to address any clinical needs you may have.

Based upon the totality of information and documentation I was able to review regarding your appeal your request for a reasonable accommodation to access to a CapTel captioned telephone,

is denied at this time. My review concluded that there was a lack of supporting information and documentation to include your individual Disability Accommodation Resources Assessment conducted by Deputy Superintendent Mitchell and the clinical information provided to me by Ms. Landry in consultation with the Medical Provider that did not support your request to be provided access to a CapTel captioned telephone at this time. It is not clinically indicated at this time. Additionally, a review of your institutional grievance records indicates that there have been no grievances filed by you indicating your hearing needs are not being met. A review of your institutional disciplinary records indicates that there have been no disciplinary proceedings where your hearing may have been at issue. A review of institutional incident reports indicates that there have been no documented issues where your hearing may have been at issue. I have also reviewed your telecommunication use over the last year and have determined that you have utilized the traditional amplified/hearing aid compatible telephones made available to you for your telecommunication needs.

If you have any further questions regarding your denied reasonable accommodation request, please send me a written correspondence in order that I can address your concerns. All correspondence can be sent to my attention at 50 Maple Street, Milford, MA 01757.

Sincerely,

James M. O'Gara Jr
Department ADA Coordinator for Inmates
Health Services Division

Cc: Mr. Dean Gray, Superintendent, Souza Baranowski Correctional Center
    Mr. James Mitchell, Deputy Superintendent (Institution ADA Coordinator), Souza Baranowski Correctional Center
    Ms. Ashley Landry, RN, BSN, Health Services Administrator, Souza Baranowski Correctional Center
    File