# Exhibit N





| Monthly ADA Committee Meeting | | Date: Wednesday, March 22, 2023 |
|---|---|---|
| | | Time: 11:30 AM |
| | | Location: Microsoft TEAMS |

| Meeting called by: | James O'Gara, ADA Coordinator for Inmates | Type of meeting: | Monthly ADA Committee Meeting |
|---|---|---|---|

| Attendees: | J. O'Gara, ADA Coordinator for Inmates | J. Fisher, ADC Clinical Services |
|---|---|---|
| | E. Alves, Program Coordinator II | E. Holmes, Senior Operations Director, Wellpath |
| | T. Dupre, Director of Contract Compliance | M. Lambert, Director of Clinical Services |
| | M. Haynes, Education Specialist D | |

**Minutes Taken By:** E. Alves, PC II      **Minutes Reviewed by:** J. O'Gara, ADA Coordinator for Inmates

## Minutes

| Agenda item: | **TTY, CAPTEL and Video Phones** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | ADC Primack has secured a state contract with the CapTel phone vendor. CapTel phones are being distributed throughout the Institutions. | | |

| Action items: | | Person responsible | Deadline |
|---|---|---|---|
| No action required. | | N/A | N/A |

| Agenda item: | **Auxiliary Aids for the Deaf and Hard of Hearing** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | HSD currently has approx. 100 watches on inventory. We continue to hand them out on as needed basis. | | |

| Action items | | Person responsible | Deadline |
|---|---|---|---|
| J. O'Gara will continue to monitor. | | J. O'Gara | Ongoing |

| Agenda item: | **Filing ADA Requests** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | No update. | | |

| Action items | | Person responsible | Deadline |
|---|---|---|---|
| No action required. | | N/A | N/A |

| Agenda item: | **Classification** | Presenter: | J. Campbell |
|---|---|---|---|
| Discussion: | No update. | | |

| Action items | | Person responsible | Deadline |
|---|---|---|---|
| No action required. | | N/A | Ongoing |

<br>

| Agenda item: | **408 Policy** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | Policy will continue to be reviewed and updated accordingly to reflect any changes per the settlement agreement. | | |

| Action items | | Person responsible | Deadline |
|---|---|---|---|
| No action required.  Informational only. | | N/A | Ongoing |

<br>

| Agenda item: | **MAT Update** | Presenter: | J. Fisher |
|---|---|---|---|
| Discussion: | **MCI Cedar Junction** – Space issues resolved.<br>**MCI Concord** – Pathway 3 referrals are being accepted<br>**MCI Framingham** – Certification coming up in the future<br>**MCI Shirley** – Certification coming up in the future<br>**SBCC** – Fully licensed April 13, 2022<br>**NECC** – No updates<br>**MCI Norfolk** – Scheduled for 4/1st<br>**Old Colony Medium** – Up and running<br>**Pondville** – Implementing service<br>**Boston Pre-Release** – Spectrum needs staff<br>**OCCC Min.** – Certification coming up in the future<br>**NCCI** – Awaiting staff availability<br>**MTC** – Not scheduled as of yet | | |

| Action items | | Person responsible | Deadline |
|---|---|---|---|
| No action required.  Informational only. | | N/A | N/A |

<br>

| Agenda item: | **COVID-19** | Presenter: | E. Holmes |
|---|---|---|---|
| Discussion: | There are a no Covid or Flu cases at this time. | | |

| Action items | | Person responsible | Deadline |
|---|---|---|---|
| No action required.  Informational only. | | N/A | N/A |

<br>

| Agenda item: | **Wheelchairs** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | Norfolk had a wheelchair ordered through Wellpath – non-issue. | | |

| Action items | | Person responsible | Deadline |
|---|---|---|---|
| J. O'Gara will continue to monitor. | | J. O'Gara | N/A |

2

| Agenda item: | **Reassessments (ADA Training)** | | Presenter: | J. O'Gara |
|---|---|---|---|---|
| Discussion: | All Deaf and Hard of Hearing inmates are in the process of being reassessed. Process has been completed at most Institutions. April 1st deadline was given for completion of reassessments. | | | |
| **Action items** | | | **Person responsible** | **Deadline** |
| J. O'Gara will continue to monitor. | | | J. O'Gara | N/A |

| Agenda item: | **IMS ADA Screen** | | Presenter: | J. O'Gara |
|---|---|---|---|---|
| Discussion: | IMS Modernization Project is underway. Anything specific or relating to ADA in your departments should be shared with Jim and Liz via email so that they can consider it when mapping out the ADA screens. Framework must be completed by end of this month. | | | |
| **Action items** | | | **Person responsible** | **Deadline** |
| J. O'Gara will continue to monitor. | | | N/A | N/A |

| Agenda item: | **Power DMS** | | Presenter: | J. O'Gara |
|---|---|---|---|---|
| Discussion: | L. Alves cleaning up for consistency purposes and uniformed uploading for the Briggs 9th production of documents. Will be creating a separate tracking database for HOH appeals. | | | |
| **Action items** | | | **Person responsible** | **Deadline** |
| No action required. Informational only. | | | N/A | N/A |

| Agenda item: | **Inmate ASL Program** | | Presenter: | J. O'Gara |
|---|---|---|---|---|
| Discussion: | Simon Martinez is currently back performing ASL Interpreter Services. Simon is covering the Northern sector until another ASL Interpreter is onboarded. Simon will be heading to NCCI Gardner 1x week for Staff Access to support the needs of their Deaf and HOH inmates. Job opportunity listed online for ASL Interpreter – 20 hours part time. 1 candidate qualified for position. Will obtain update from Jessica Urquhart. | | | |
| **Action items** | | | **Person responsible** | **Deadline** |
| No action required. | | | N/A | N/A |

| Agenda item: | **Briggs Production** | | Presenter: | J. O'Gara |
|---|---|---|---|---|
| Discussion: | Briggs 9th Production is due 7/1/2023. We are working on gathering information for DOC Legal on a monthly basis moving forward. | | | |
| **Action items** | | | **Person responsible** | **Deadline** |
| No action required. | | | N/A | N/A |

DOC_Briggs_AppendixA_09_003460

| Agenda item: | **Shy Bladder Update** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | Will continue to assess on case by case and review clinical indications. | | |
| **Action items** | | **Person responsible** | **Deadline** |
| No action required. | | N/A | N/A |

| Agenda item: | **PDCU** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | Continuously updating policies 401 and 482, procedures, and handbooks with regards to ADA language. Jim is working with Ted O'Donnell and Brianna Arruda to assure language is consistent throughout the Department. | | |
| **Action items** | | **Person responsible** | **Deadline** |
| No action required. | | N/A | N/A |

| Agenda item: | **Education** | Presenter: | M. Haynes |
|---|---|---|---|
| Discussion: | Continue to roll out APDS tablets and adapting instruction to what APDS offers. There has been a big uptick in engagement of classes offered on tablet to include ASL language class. Over the ear headphones may be needed for inmates with hearing aids when utilizing the APDS tablet. Jim is working with Holly to obtain over the ear headphones. | | |
| **Action items** | | **Person responsible** | **Deadline** |
| No action required. Informational only. | | N/A | N/A |

| Agenda item: | **OAE-Otoacoustic Emission Screening Devices** | Presenter: | E. Holmes |
|---|---|---|---|
| Discussion: | OAE clinical guidelines are still in draft form and cannot be finalized until trial period is completed. J. Fisher has been in contact with Colorado contact for their process which will be given to Wellpath as some of the issues with OAE may be user error. | | |
| **Action items** | | **Person responsible** | **Deadline** |
| J. O'Gara will continue to monitor. | | J. O'Gara | N/A |

| Agenda item: | **Clinical Guidelines for Deaf and HOH** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | Special Accommodation Notice Forms are being uploaded into ERMA. We continue to have Executive Staff meetings to discuss issues and processes. Any updates regarding guidelines will be shared. HSA's are aware that Deputies don't have access to ERMA therefore SAN forms must be submitted to Deputies directly. | | |
| **Action items** | | **Person responsible** | **Deadline** |
| J. O'Gara will continue to monitor. | | J. O'Gara | N/A |

4

| Agenda item: | **Audiology Appointment Backlog** | Presenter: | E. Holmes |
|---|---|---|---|
| Discussion: | There is no backlog currently. LSH has a full-time Audiologist 4 days/week. Wellpath is no longer diverting to BMC. Looking to have audiology clinics at Bay State. J. Fisher is working with DC Higgins to locate space for future clinics. Referrals are put in place ahead of time so that consult will result in further steps for hearing aids if appropriate. | | |

| Action items | Person responsible | Deadline |
|---|---|---|
| J. O'Gara will continue to monitor. | J. O'Gara | N/A |

| Agenda item: | **Blind & Low Vision Inmates** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | More information to come in the next few months. | | |

| Action items | Person responsible | Deadline |
|---|---|---|
| J. O'Gara will continue to monitor. | J. O'Gara | N/A |

| Agenda item: | **Vibrating Watches – General Population** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | Vibrating watches are now available to all inmates in the lower hearing loss levels who are in general population. Inmates may order a vibrating watch via Special Order through the Canteen. Watches available for purchase are the TICCI and Vibralite. Inmates identified and approved through the ADA process will continue as such. | | |

| Action items | Person responsible | Deadline |
|---|---|---|
| J. O'Gara will continue to monitor. | J. O'Gara | N/A |

| Agenda item: | **Next Meeting** | Presenter: | J. O'Gara |
|---|---|---|---|
| Discussion: | **The next ADA Committee Meeting is scheduled for 11:30 AM on Wednesday April 19, 2023, via Microsoft Teams.** | | |

| Action items | Person responsible | Deadline |
|---|---|---|
| Informational only. No action required. | N/A | N/A |

## Previous Discussions/Follow-Up

| Action Items: | Personal Responsible | Deadline |
|---|---|---|
| | | |
| | | |

5

DOC_Briggs_AppendixA_09_003462