Exhibit O

| | |
|---|---|
| **From:** | O"Donnell, Edward J (DOC) |
| **To:** | Manley, George F; Murray, Mary (DOC) |
| **Cc:** | WH_Briggs-DOC |
| **Subject:** | RE: DOC Response to March 6, 2023 Letter |
| **Date:** | Tuesday, April 25, 2023 8:55:48 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

CAUTION: This email originated externally. Use caution when opening attachments or links, especially from unknown senders.

**EXTERNAL SENDER**

Good morning,

To follow-up on the questions asked yesterday, I have been told that 187 pagers have been issued and 179 individuals are currently approved to use a CapTel phone.

**From:** Manley, George F <George.Manley@wilmerhale.com>
**Sent:** Wednesday, April 19, 2023 10:54 AM
**To:** O'Donnell, Edward J. (DOC) <Edward.J.O'donnell@doc.state.ma.us>; Murray, Mary (DOC) <Mary.Murray@doc.state.ma.us>
**Cc:** WH_Briggs-DOC <WH_Briggs-DOC@wilmerhale.com>
**Subject:** RE: DOC Response to March 6, 2023 Letter

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Ted and Mary:

We can use the below dial-in for our call on Monday (4/24).

Regards,

George

+1 347-991-6404,,382989569#   United States, New York City
(833) 282-7926,,382989569#   United States (Toll-free)
Phone Conference ID: 382 989 569#

**From:** Tatum Pritchard <tpritchard@dlc-ma.org>

**Sent:** Thursday, April 13, 2023 1:28 PM
**To:** O'Donnell, Edward J (DOC) <edward.j.o'donnell@state.ma.us>
**Cc:** jpingeon@plsma.org; WH_Briggs-DOC <WH_Briggs-DOC@wilmerhale.com>; Murray, Mary (DOC) <mary.murray@state.ma.us>
**Subject:** Re: DOC Response to March 6, 2023 Letter

**EXTERNAL SENDER**

Thanks, Ted.

11:45 to 12:30ish on 4/24/23 works for Plaintiffs.

Best,
Tatum

**Tatum A. Pritchard** (she/her/hers)

Director of Litigation

Disability Law Center, Inc.

Direct phone/Fax/Text: 617-315-4612



United Way Code: M361888

Massachusetts Register to Vote Online

*CONFIDENTIALITY NOTICE: The information contained in this electronic message is confidential and solely for the use of the recipient(s) and the Disability Law Center.  Its contents may be protected from disclosure by attorney-client privilege, the work-product doctrine, or federal law governing the confidentiality of information held by the Protection and Advocacy*

*System. See, e.g., 45 C.F.R. sec. 1326.28; 42 U.S.C. 10806(a); 42 C.F.R. 51.45(a).*

---

**From:** O'Donnell, Edward J (DOC) <edward.j.o'donnell@state.ma.us>
**Sent:** Thursday, April 13, 2023 7:04 AM
**To:** Tatum Pritchard <tpritchard@dlc-ma.org>
**Cc:** james pingeon <jpingeon@plsma.org>; WH_Briggs-DOC <WH_Briggs-DOC@wilmerhale.com>; Murray, Mary (DOC) <mary.murray@state.ma.us>
**Subject:** RE: DOC Response to March 6, 2023 Letter

Good morning,

I think the timing will be too tight on Tuesday, 4/25 in the am.  How about Monday, 4/24 starting at 11:45 and ending by 12:30ish?

---

**From:** Tatum Pritchard <tpritchard@dlc-ma.org>
**Sent:** Tuesday, April 11, 2023 3:23 PM
**To:** O'Donnell, Edward J. (DOC) <Edward.J.O'donnell@doc.state.ma.us>
**Cc:** james pingeon <jpingeon@plsma.org>; WH_Briggs-DOC <WH_Briggs-DOC@wilmerhale.com>; Murray, Mary (DOC) <Mary.Murray@doc.state.ma.us>
**Subject:** Re: DOC Response to March 6, 2023 Letter

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Do you have any time in the morning on 4/25 prior to our status conference - perhaps between 8am and 10am?

Thanks,
Tatum

**Tatum A. Pritchard** (she/her/hers)

Director of Litigation

Disability Law Center, Inc.

Direct phone/Fax/Text: 617-315-4612



United Way Code: M361888

Massachusetts Register to Vote Online

*CONFIDENTIALITY NOTICE*: *The information contained in this electronic message is confidential and solely for the use of the recipient(s) and the Disability Law Center.  Its contents may be protected from disclosure by attorney-client privilege, the work-product doctrine, or federal law governing the confidentiality of information held by the Protection and Advocacy System. See, e.g., 45 C.F.R. sec. 1326.28; 42 U.S.C. 10806(a); 42 C.F.R. 51.45(a).*

**From:** O'Donnell, Edward J (DOC) <edward.j.o'donnell@state.ma.us>
**Sent:** Tuesday, April 11, 2023 2:59 PM
**To:** Tatum Pritchard <tpritchard@dlc-ma.org>
**Cc:** james pingeon <jpingeon@plsma.org>; WH_Briggs-DOC <WH_Briggs-DOC@wilmerhale.com>; Murray, Mary (DOC) <mary.murray@state.ma.us>
**Subject:** RE: DOC Response to March 6, 2023 Letter

Understood about school vacation week.  I am sitting on a hiring interview panel on 4/24 and so that's a bad date.  How about Thursday, 4/27?

**From:** Tatum Pritchard <tpritchard@dlc-ma.org>
**Sent:** Tuesday, April 11, 2023 11:16 AM
**To:** O'Donnell, Edward J. (DOC) <Edward.J.O'donnell@doc.state.ma.us>
**Cc:** james pingeon <jpingeon@plsma.org>; WH_Briggs-DOC <WH_Briggs-DOC@wilmerhale.com>; Murray, Mary (DOC) <Mary.Murray@doc.state.ma.us>
**Subject:** Re: DOC Response to March 6, 2023 Letter

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks for your response, Ted.

Do you have any availability to meet on Monday, 4/24? School vacation week 4/17-4/21 makes next week difficult for some members of our team.

Best,
Tatum

**Tatum A. Pritchard** (she/her/hers)

Director of Litigation

Disability Law Center, Inc.

Direct phone/Fax/Text: 617-315-4612



United Way Code: M361888

Massachusetts Register to Vote Online

*CONFIDENTIALITY NOTICE*: The information contained in this electronic message is confidential and solely for the use of the recipient(s) and the Disability Law Center.  Its contents may be protected from disclosure by attorney-client privilege, the work-product doctrine, or federal law governing the confidentiality of information held by the Protection and Advocacy System. See, e.g., 45 C.F.R. sec. 1326.28; 42 U.S.C. 10806(a); 42 C.F.R. 51.45(a).

**From:** O'Donnell, Edward J (DOC) <edward.j.o'donnell@state.ma.us>
**Sent:** Monday, April 10, 2023 7:05 AM
**To:** Tatum Pritchard <tpritchard@dlc-ma.org>
**Cc:** james pingeon <jpingeon@plsma.org>; WH_Briggs-DOC <WH_Briggs-DOC@wilmerhale.com>;

Murray, Mary (DOC) <mary.murray@state.ma.us>
**Subject:** RE: DOC Response to March 6, 2023 Letter

Good morning,

I am starting a jury trial today, so this week is bad.  How about either Tuesday, 4/18 or Thursday, 4/20?

---

**From:** Tatum Pritchard <tpritchard@dlc-ma.org>
**Sent:** Friday, April 7, 2023 4:12 PM
**To:** O'Donnell, Edward J. (DOC) <Edward.J.O'donnell@doc.state.ma.us>
**Cc:** james pingeon <jpingeon@plsma.org>; WH_Briggs-DOC <WH_Briggs-DOC@wilmerhale.com>; Murray, Mary (DOC) <Mary.Murray@doc.state.ma.us>
**Subject:** Re: DOC Response to March 6, 2023 Letter

> **CAUTION:** This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Dear Ted and Mary,

In keeping with Section XVI of the Settlement Agreement, Plaintiffs write to advise you that Plaintiffs reject DOC's April 5, 2023 response to our March 6, 2023 correspondence describing substantial noncompliance with the Agreement. In short, Plaintiffs believe that DOC's current accommodation assessment process and widespread revocation of class member access to CapTel violates the clear terms of the Agreement and find DOC's response concerning its continuing, substantiated failure to provide timely CapTel access, as required by the Agreement, nonresponsive.

Accordingly, Plaintiffs request a meeting within fourteen (14) days to discuss and attempt to resolve Plaintiffs' concerns regarding DOC's substantial noncompliance and the steps that DOC is taking to address said noncompliance. We ask that you please identify a few dates/times when you are available to meet next week.

Sincerely,
Tatum


**Tatum A. Pritchard** (she/her/hers)

Director of Litigation

Disability Law Center, Inc.

Direct phone/Fax/Text: 617-315-4612



United Way Code: M361888

Massachusetts Register to Vote Online

*CONFIDENTIALITY NOTICE*: The information contained in this electronic message is confidential and solely for the use of the recipient(s) and the Disability Law Center. Its contents may be protected from disclosure by attorney-client privilege, the work-product doctrine, or federal law governing the confidentiality of information held by the Protection and Advocacy System. See, e.g., 45 C.F.R. sec. 1326.28; 42 U.S.C. 10806(a); 42 C.F.R. 51.45(a).

**From:** O'Donnell, Edward J (DOC) <edward.j.o'donnell@state.ma.us>
**Sent:** Wednesday, April 5, 2023 8:22 AM
**To:** Tatum Pritchard <tpritchard@dlc-ma.org>
**Cc:** james pingeon <jpingeon@plsma.org>; WH_Briggs-DOC <WH_Briggs-DOC@wilmerhale.com>; Murray, Mary (DOC) <mary.murray@state.ma.us>
**Subject:** DOC Response to March 6, 2023 Letter

Good morning Tatum,

I am forwarding along the response to your March 6 letter. Have a good day.

Edward J. O'Donnell
Deputy Supervising Counsel
Bridgewater State Hospital
20 Administration Road
Bridgewater, MA 02324
Tel. No. 508-279-4542
Fax No. 508-279-4541