# Exhibit P

**DECLARATION OF ALYSSA CONTOIS**

1. My name is Alyssa Contois. I am 41 years old and currently reside in Fitchburg, MA. I was previously incarcerated in the MA Department of Correction, where I became close friends with Daniel LaPlante.

2. Daniel is my best friend. When we were in prison, the two of us did almost everything together. One of the first things I noticed about Daniel years ago was his difficulty hearing. Even in person, he struggled to participate in conversations. I would have to repeat myself constantly. Sometimes Daniel would have me speak loudly into each ear individually to test which one was better.

3. I still speak with Daniel regularly. Communicating over the regular phone has been almost impossible for him because he can't hear me. For the majority of our phone calls, I'm just repeating myself to him.

4. He can understand commonly used words, but occasionally, he will mishear what I say and think I said something illogical or hurtful. Instances like this strain our friendship and are very difficult for me personally. I have a history of saying hurtful things to the people I love when I don't mean them. It is something I have worked very hard to change about myself. It is deeply upsetting to me when my best friend thinks I am saying something hurtful to him because he can't adequately hear me.

5. When Daniel had access to the CapTel phones, misunderstandings of this sort didn't happen. In fact, the opposite occurred. When using CapTel, Daniel would read the captions and was astounded by the amount of context and keywords he had been missing in conversations. Our conversations were longer and more substantive.

6. Now that Daniel is no longer allowed to use the CapTel phones, our conversations are often cut short due to Daniel's frustration over not being able to hear what I am saying.

7. I care a lot about Daniel and his well-being, and it has been hard to not be able to support him the way I used to. It pains me as a friend to watch him struggle.

Signed under pains and penalties of perjury.

Dated: October 31, 2023

_____
Alyssa Contois