# Exhibit Q

## DECLARATION OF HEATHER DIBENEDETTO

1. My name is Heather DiBenedetto. I am 37 years old and currently reside in Fitchburg, MA. I am in a relationship with Daniel LaPlante, who is currently incarcerated in MCI-Norfolk.

2. Daniel and I have been together for about four years. For as long as I have known him, he has struggled with his hearing. He relies heavily on his accommodations, especially his hearing aids and the CapTel phones (before DOC took away his access to them).

3. We talk every day, at least once, but sometimes twice. When Daniel had access to CapTel, our conversations were much more enjoyable. Daniel rarely had to ask me to repeat myself or for clarification. We could have quality conversations, which brought more normalcy to our abnormal situation. We also had 40 minutes for conversations on the CapTels, which gave us more time to communicate.

4. When Daniel lost access to CapTel, everything changed. He constantly asks for clarification, which significantly slows and takes away from the substance of our conversations. When you only have twenty minutes to speak with your loved one, every second counts.

5. He cannot talk on the phone with his hearing aids because they amplify the noise from his unit, so they unfortunately do not help him hear better on the regular phones. He has even tried to call me from different phones in quiet areas of the facility and still cannot hear me.

6. Sometimes, Daniel gets so frustrated that he would rather end the call than try to continue. When this happens, it causes both of us emotional distress. I understand that he cannot hear me and that is very hard for him, but it is also upsetting for me because I am his partner and want to talk to him.

7.  We cannot have deep conversations within the allotted 20 minutes because I must repeat myself constantly. Daniel's inability to use CapTel has directly impacted our ability to support one another. Neither of us can fully give or receive emotional support under these conditions.

Signed under pains and penalties of perjury,

Dated: October 31, 2023

Heather DiBenedetto