# Exhibit R

## DECLARATION OF JAMES CASEY

1. My name is James Casey. I am 54 years old, and I currently reside in Waltham, MA. I am good friends with Jon Bourassa, who I met when we were both incarcerated at NCCI-Gardner. I have since been released, but Jon is still incarcerated and currently resides in the A-1 unit at Massachusetts Treatment Center ("MTC").

2. Jon and I spent a lot of time together at MTC because we used to live on the same block. We would often help each other out with programming. After I was released, Jon and I kept in touch. We still talk as much as possible.

3. When Jon had access to CapTel phones, we would talk almost every day and discuss everything, including our daily lives, things we were struggling with, his progress with treatment, and his plans after his release. I am a locksmith and we have talked a lot about how I plan to teach Jon my trade when he is released. We would also talk about the logistics of living together, which we plan to do.

4. Since Jon has been taken off of CapTel, we only talk once or twice a week. He doesn't call as often because he really struggles to hear me on the regular phone. The phones at MTC are primarily located in the dayrooms, which are often very loud. There may be upwards of twenty people in the dayroom at any given time, playing cards and talking loudly. Jon tries to use the phones when the dayroom is slow, but there are days when it is constantly busy.

5. Since Jon has a hearing impairment and the phones are in a noisy environment, I have to repeat myself constantly. Even when he doesn't ask me to repeat myself, I can tell that he is struggling to understand what I am saying.

6. I know from my time in prison that one of the biggest things you look forward to is talking to people on the outside. I remember feeling very sad when a loved one I was trying to reach didn't pick up. I can't imagine how depressing it must be for Jon to have his loved ones pick up but then to be unable to communicate with them because he can't follow the conversation without captions. I know that Jon has been calling less these days out of fear that it will be frustrating for both him and us on the outside. I know firsthand how hard it can be to plan for a future beyond prison when you can't reach your loved ones. It's hard to not talk to my friend as much as I used to. I miss him a lot.

Signed under pains and penalties of perjury,

**Dated: October 31, 2023**

James Casey