# Exhibit S

## DECLARATION OF KAREN SHERMAN

1. My name is Karen Sherman. I am 60 years old and married to Brian H. Sherman. We have been married for over 22 years.

2. My husband is currently incarcerated in NCCI-Gardner. He has a thirteen-year-long history of hearing loss. Before his incarceration, he wore hearing aids daily.

3. Brian and I speak almost every day. If he doesn't call me, he usually calls our daughter. Since Brian lost access to the CapTel phones, our conversations have exponentially slowed, and we do not cover much ground as he cannot hear on the regular phones. Generally, our twenty minutes are filled with clarification questions and constant requests from Brian to repeat myself. It is extremely frustrating for me, Brian, and our daughter.

4. When Brian had access to CapTel, it was much easier to talk to him. Occasionally, the CapTel transcription would be incorrect, so he would have to ask for clarification. But now, Brian has to ask for clarification all the time.

5. Brian's inability to use CapTel has negatively impacted our relationship and our ability to communicate. Nowadays, the primary emotion I feel when speaking with my husband is frustration. I miss being able to communicate with him the way we used to.

Sworn under the pains and penalties of perjury.

Dated: November 3, 2023

                                             _[signature]_ 11/14/23

                                             Karen Sherman

2