UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEONARD BRIGGS, GEORGE SKINDER,
LOUIS MARKHAM, FRANCIS McGOWAN,
ERIC ROLDAN, ROLANDO S. JIMENEZ,
and JENNIFER WARD, on behalf of themselves
and others similarly situated,
    Plaintiffs,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTION, *et al.*,
    Defendants.

CIVIL ACTION NO.
1:15-cv-40162-RGS

### ORDER APPROVING THE DEPARTMENT OF CORRECTION'S PLAN FOR SUPPLEMENTAL EMERGENCY NOTIFICATIONS TO DEAF AND HARD OF HEARING INDIVIDUALS

Pursuant to this Court's Order dated January 17, 2024 (ECF 368), the Department of Correction (DOC) submitted its plan for supplemental emergency notifications to deaf and hard of hearing individuals in DOC's custody on September 23, 2024 (ECF 394 (Plan). Having considered DOC's Plan, the Court hereby approves DOC's Plan.

IT IS HEREBY ORDERED:

1. DOC shall implement the Plan as set forth in ECF 394.

2. The Court and the parties understand that, due to a variety of circumstances, there may be deviations from the projected timeline. If the implementation deviates from the projected timeline, DOC shall inform the plaintiffs of the delay, the reason for the delay, and the expected length of the delay, if known. If the plaintiffs deem the delay to be unreasonable, the parties shall confer with a view to finding a mutually agreeable resolution. If the parties cannot reach a mutually agreeable resolution, the

parties shall submit a joint status report to the Court, succinctly identifying the issue, following which the Court may reopen the case and schedule a status conference or take such other actions as the Court deems appropriate.

3. If either party believes that there is any other matter arising from DOC's implementation of the Plan which warrants the Court's involvement, the parties shall first confer with a view to finding a mutually agreeable resolution. If the parties cannot reach a mutually agreeable resolution, the parties shall submit a joint status report to the Court, succinctly identifying the issue, following which the Court may reopen the case and schedule a status conference or take such other actions as the Court deems appropriate.

4. ~~Plaintiffs may submit a petition for reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 12205. The parties have agreed to attempt to negotiate Plaintiffs' claims for reasonable attorneys' fees and costs. If the parties are unable to reach agreement with respect to attorneys' fees and costs,, Plaintiffs shall submit a fee petition to the Court on or before November 22, 2024. Defendants may oppose or otherwise respond to any such petition for attorneys' fees and costs.~~

5. The case is administratively closed subject to reopening to address issues arising out DOC's implementation of its Plan in accordance with the terms of this Order.

SO ORDERED.

Dated: 4-16-2025

/s/ Richard M. Stearns
UNITED STATES DISTRICT JUDGE